**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Arbor Construction, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2657424** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1624-E Cross Beam Drive** **Charlotte, NC 28217** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Mecklenburg** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.arborc.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Arbor Construction, LLC**                                                      Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

   B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
     http://www.uscourts.gov/four-digit-national-association-naics-codes.
     __2361__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| Debtor | Arbor Construction, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Arbor Construction, LLC**

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Arbor Construction, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 12, 2024**
                MM / DD / YYYY

**X** **/s/ Brian Macuga, Sr.**                          **Brian Macuga, Sr.**
Signature of authorized representative of debtor          Printed name

Title   **Member - Manager**

**18. Signature of attorney**

**X** **/s/ Matthew A. Winer**                    Date **March 12, 2024**
Signature of attorney for debtor                       MM / DD / YYYY

**Matthew A. Winer (56222)**
Printed name

**Hamilton Stephens Steele + Martin, PLLC**
Firm name

**525 North Tryon Street, Suite 1400**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone   **704-344-1117**        Email address   **mwiner@lawhssm.com**

**56222 NC**
Bar number and State

## Corporate Resolution

The undersigned, being the sole member and manager of Arbor Construction, LLC, a North Carolina limited liability company (the "Company"), does hereby adopt the following resolutions by signing below to consent *to* action without holding a formal meeting of the members and/or managers of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the sole member-manager of the Company, Brian Macuga, Sr. (hereinafter, the "Manager"), is authorized, empowered, and directed to execute on behalf of the Company a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, declarations, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Hamilton Stephens Steele + Martin, PLLC to render legal services to, and to represent the Company in such chapter 7 proceeding and other related matters in connection therewith, is authorized, ratified and approved; and it is

FURTHER RESOLVED, that the Manager is authorized to retain on behalf of the Company such other professionals as the Manager of the Company deems necessary or appropriate, upon such terms and conditions as the Manager shall approve, to render services to the Company in connection with such chapter 7 proceeding and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the Manager of the Company is authorized, empowered, and directed to take any and all further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[Signature Page Follows]

Dated: Charlotte, North Carolina
March 12, 2024

ARBOR CONSTRUCTION, LLC

By: _____ (SEAL)
Brian Macuga, Sr.
Sole Member-Manager

**Fill in this information to identify the case:**

Debtor name    **Arbor Construction, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2024**       X */s/ Brian Macuga, Sr.*
                                        Signature of individual signing on behalf of debtor

                                        **Brian Macuga, Sr.**
                                        Printed name

                                        **Member - Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Arbor Construction, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $    **10,827,500.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    **319,594.08**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $    **11,147,094.08**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **9,953,627.53**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **19,534.20**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **1,427,332.05**

4.   Total liabilities .........................................................................................................................
   Lines 2 + 3a + 3b    $    **11,400,493.78**

**Fill in this information to identify the case:**

Debtor name **Arbor Construction, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Park National Bank** | **Checking** | **6457** | **$2,963.08** |
| 3.2. | **Park National Bank** | **Savings** | **1572** | **$40,000.00** |
| 3.3. | **Park National Bank** | **Investor Tranche** | **1459** | **$301.00** |
| 3.4. | **Park National Bank** | **Investor Tranche** | **7798** | **$444.00** |
| 3.5. | **Park National Bank** | **Investor Tranche** | **1873** | **$453.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  | $44,161.08 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

| Debtor | **Arbor Construction, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

    7.1.  **Non-residential lease deposit, Coffey Creek Business Center LLC**       **$6,800.00**

    7.2.  **Trust account deposit, Sellers, Ayers, Dortch & Lyons, P.A.**       **$2,876.50**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**         **$9,676.50**
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **0.00**  -  **0.00** = ....   **$0.00**
                  face amount       doubtful or uncollectible accounts

12. **Total of Part 3.**       **$0.00**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **See attached List No. 19.** | | **$0.00** | **Replacement** | **$500.00** |

20. **Work in progress**

Debtor    **Arbor Construction, LLC**                               Case number *(If known)* _____
          _____
          Name

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **Office Supplies**                                           $0.00    **Replacement**                    $230.00

23.    **Total of Part 5.**                                                                        | $730.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value        _____  Valuation method    _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ☑ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**See attached List No. 39.** | $0.00 | **Replacement** | $2,200.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached List No. 41.** | $0.00 | **Replacement** | $4,295.00 |
| 42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                        | $6,495.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

Debtor   **Arbor Construction, LLC**                                    Case number *(If known)* _____
        <sub>Name</sub>

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Ford F-150**<br>**(Kelly Blue Book Valuation)** | **$9,500.00** | | **$9,500.00** |
| 47.2. **2022 Jeep Wagoneer**<br>**(Kelly Blue Book Valuation)** | **$48,000.00** | | **$48,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**See attached List No. 50.** | **$0.00** | **Replacement** | **$1,031.50** |

51. **Total of Part 8.**                                                                              | **$58,531.50** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Arbor Construction, LLC** | | Case number *(If known)* | |
| | Name | | | |

available.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.1. | **2508 Lazy Oak Dr, Lancaster, SC 29720** | Fee Simple | $385,000.00 | Comparable sale | $327,000.00 |
| 55.2. | **302 Lester Davis Drive, Waxhaw, NC 28173** | Fee Simple | $950,000.00 | Comparable sale | $950,000.00 |
| 55.3. | **212 Lester Davis Rd, Waxhaw, NC 28173** | Fee Simple | $925,000.00 | Comparable sale | $925,000.00 |
| 55.4. | **1541 Riverview Cir, Fort Lawn, SC 29714** | Fee Simple | $550,000.00 | Comparable sale | $550,000.00 |
| 55.5. | **1549 Riverview Cir, For Lawn, SC 29714** | Fee Simple | $540,000.00 | Comparable sale | $540,000.00 |
| 55.6. | **1625 University Park Dr, Lancaster, SC 29067** | Fee Simple | $290,000.00 | Comparable sale | $290,000.00 |
| 55.7. | **1664 University Park Dr, Lancaster, SC 29720** | Fee Simple | $300,000.00 | Comparable sale | $300,000.00 |
| 55.8. | **2644 Downey Dr, Lancaster, SC 29720** | Fee Simple | $285,000.00 | Comparable sale | $285,000.00 |
| 55.9. | **2636 Downey Dr, Lancaster, SC 29720** | Fee Simple | $290,000.00 | Comparable sale | $290,000.00 |
| 55.10. | **1048 Garnette Rd, Lancaster, SC 29720** | Fee Simple | $360,000.00 | Comparable sale | $360,000.00 |
| 55.11. | **1519 Oakwood Ave, Lancaster, SC 29720** | Fee Simple | $290,000.00 | Comparable sale | $280,000.00 |
| 55.12. | **422 Kershaw Street, Lancaster, SC 29720** | Fee Simple | $265,000.00 | Comparable sale | $265,000.00 |
| 55.13. | **418 Kershaw Street, Lancaster, SC 29720** | Fee Simple | $265,000.00 | Comparable sale | $265,000.00 |

| Debtor | **Arbor Construction, LLC** | | Case number *(If known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.14. | **1523 Oakwood Ave, Lancaster, SC 29720** | Fee Simple | **$290,000.00** | Comparable sale | **$280,000.00** |
| 55.15. | **4087 Taxahaw Rd, Lancaster, SC 29720** | Fee Simple | **$395,000.00** | Comparable sale | **$395,000.00** |
| 55.16. | **2433 Craig Farm Rd, Lancaster, SC 29720** | Fee Simple | **$392,500.00** | Comparable sale | **$392,500.00** |
| 55.17. | **9472 Caddell Rd, Indian Land, SC 29707** | Fee Simple | **$475,000.00** | Comparable sale | **$380,000.00** |
| 55.18. | **1555 Riverview Cir, Fort Lawn, SC 29714** | Fee Simple | **$585,000.00** | Comparable sale | **$585,000.00** |
| 55.19. | **1563 Riverview Cir, Fort Lawn, SC 29714** | Fee Simple | **$580,000.00** | Comparable sale | **$580,000.00** |
| 55.20. | **1103 Craig Ave, Lancaster, SC 29720** | Fee Simple | **$399,000.00** | Comparable sale | **$399,000.00** |
| 55.21. | **1025 Shady Lane, Lancaster, SC 29720** | Fee Simple | **$335,000.00** | Comparable sale | **$335,000.00** |
| 55.22. | **1845 Sunny Lane, Lancaster, SC 29720** | Fee Simple | **$320,000.00** | Comparable sale | **$272,000.00** |
| 55.23. | **1210 Old Greenbriar, Lancaster, SC 29720** | Fee Simple | **$282,500.00** | Comparable sale | **$240,000.00** |
| 55.24. | **2522 Lazy Oak, Lancaster, SC 29720** | Fee Simple | **$399,999.00** | Comparable sale | **$340,000.00** |
| 55.25. | **1730 Burnette St, Lancaster, SC 29720** | Fee Simple | **$375,000.00** | Comparable sale | **$262,000.00** |
| 55.26. | **337 Buckelew Street, Lancaster, SC 29720** | Fee Simple | **$265,000.00** | Comparable sale | **$250,000.00** |
| 55.27. | **333 Buckelew Street, Lancaster, SC 29720** | Fee Simple | **$265,000.00** | Comparable sale | **$245,000.00** |

Debtor  **Arbor Construction, LLC**                                      Case number *(If known)* _____
           Name

| 55.28. | **341 Buckelew Street, Lancaster, SC 29720** | **Fee Simple** | **$265,000.00** | **Comparable sale** | **$245,000.00** |
| 55.29. | **1624 Cross Beam Dr Ste E, Charlotte, NC 28217** | **Non-residential Real Property Lease** | **Unknown** | | **Unknown** |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $10,827,500.00 |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** arborc.com | **$0.00** | | **$0.00** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Arbor Construction, LLC**_____   Case number *(If known)* _____
         Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Employer Retention Credit / Employee Wages for tax years 2021 and 2022.**        Tax year **21' & 22'** | $200,000.00 |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**                                                    $200,000.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Arbor Construction, LLC**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,161.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,676.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $730.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,495.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,531.50 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................................> | | $10,827,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $319,594.08 | + 91b. $10,827,500.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,147,094.08 |

**LIST NO. 19**

| Description | QTY |
| --- | --- |
| 2x4's - Multiple | |
| 2x6's - Multiple | |
| 2x10's - Multiple | |
| 3/4" T&G unfinished oak wood flooring | |
| Miscellaneous interior trim pieces | |
| Windows | |
| Exterior Doors | |
| Nails | |
| Screws & Bolts | |
| Miscellaneous framing connectors | |
| Random boxes of tile and grout | |
| Miscellaneous pieces of tile setting materials | |
| Tubs | 2 |
| Vanities | 2 |
| Base cabinets | 2 |
| Sheets of OSB | |
| Tree save fencing | |

**Total:  $500.00**

**LIST NO. 39**

| Location | Item | Quantity | Condition | Value | Total |
|---|---|---|---|---|---|
| DP Office | | | | | |
| (Brian Sr.) | White Board (Large) | 1 | Good | $ 40.00 | $ 40.00 |
| | Laser Printer | 1 | Fair | $ 25.00 | $ 25.00 |
| | | | | | |
| Sales Office | | | | | |
| (Tish Macuga) | | | | | |
| | Glass Dry-Erase (Small) | 1 | Good | $ 25.00 | $ 25.00 |
| | Bulletin Board | 1 | Good | $ 15.00 | $ 15.00 |
| | | | | | |
| CFO Office | | | | | |
| (Mark Hedrick) | | | | | |
| | Desk Chair | 2 | Fair | $ 20.00 | $ 40.00 |
| | Book Shelf | 1 | Good | $ 20.00 | $ 20.00 |
| | Trash Can | 1 | Good | $ 2.50 | $ 2.50 |
| | | | | | |
| Admin Office | | | | | |
| (Jay Patel) | Desk | 1 | Good | $ 50.00 | $ 50.00 |
| | Laser Printer - B&W | 1 | Good | $ 20.00 | $ 20.00 |
| | White Board (Med) | 1 | Good | $ 20.00 | $ 20.00 |
| | Trash Can | 1 | Good | $ 2.50 | $ 2.50 |
| | | | | | |
| Purchasing Office | | | | | |
| (Brian Macuga Jr.) | Desk | 1 | Good | $ 50.00 | $ 50.00 |
| | Bulletin Board | 1 | Good | $ 10.00 | $ 10.00 |
| | Glass White Board (Med) | 1 | Good | $ 40.00 | $ 40.00 |
| | Trash Can | 1 | Good | $ 2.50 | $ 2.50 |
| | Fixtures | 2 | Good | $ 5.00 | $ 10.00 |
| | | | | | |
| Controller Office | | | | | |
| (Kevin Winchester) | Desk | 2 | Good | $ 50.00 | $ 100.00 |
| | Desk Chair | 2 | Good | $ 20.00 | $ 40.00 |
| | Bulletin Board | 1 | Good | $ 5.00 | $ 5.00 |
| | Metal Filing Cabinet (Large) | 2 | Fair | $ 25.00 | $ 50.00 |
| | Metal Filing Cabinet (Small) | 1 | Fair | $ 15.00 | $ 15.00 |
| | Laser Printer - B&W | 1 | Good | $ 25.00 | $ 25.00 |
| | Trash Can | 1 | Good | $ 2.50 | $ 2.50 |
| | Small Wooden Shelf | 1 | Good | $ 15.00 | $ 15.00 |
| | White Board (Med) | 2 | Good | $ 20.00 | $ 40.00 |
| | | | | | |
| Design Center | | | | | |
| | Table | 1 | Good | $ 30.00 | $ 30.00 |
| | Metal Chairs | 4 | Good | $ 15.00 | $ 60.00 |
| | TV | 1 | Good | $ 25.00 | $ 25.00 |
| | Samples | 1 | Multiple | $ - | $ - |

**Training**

| Item | Qty | Condition | Unit | Total |
|------|-----|-----------|------|-------|
| Multi-Purpose Table | 8 | Good | $ 50.00 | $ 400.00 |
| Conference Chair | 10 | Good | $ 15.00 | $ 150.00 |
| White Board (Large) | 3 | Good | $ 40.00 | $ 120.00 |
| Flat Screen TV | 2 | Excellent | $ 150.00 | $ 300.00 |
| Trash Can | 1 | Good | $ 2.50 | $ 2.50 |

**Corridor**

| Item | Qty | Condition | Unit | Total |
|------|-----|-----------|------|-------|
| Inkjet Printer | 1 | Good | $ 35.00 | $ 35.00 |
| Inkjet Printer | 1 | Broken | $ - | $ - |
| Book Shelf | 1 | Good | $ 50.00 | $ 50.00 |
| Step Stool | 1 | Fair | $ 5.00 | $ 5.00 |

**Open Space**

| Item | Qty | Condition | Unit | Total |
|------|-----|-----------|------|-------|
| Bulletin Board | 1 | Good | $ 10.00 | $ 10.00 |
| Trash Can | 1 | Good | $ 2.50 | $ 2.50 |
| Inbox | 1 | Fair | $ 10.00 | $ 10.00 |

**AP Office**

| Item | Qty | Condition | Unit | Total |
|------|-----|-----------|------|-------|
| Desk | 1 | Good | $ 50.00 | $ 50.00 |
| Desk Chair | 2 | Good | $ 20.00 | $ 40.00 |
| White Board (Med) | 1 | Good | $ 35.00 | $ 35.00 |

**Admin Office**

| Item | Qty | Condition | Unit | Total |
|------|-----|-----------|------|-------|
| Bulletin Board | 2 | Good | $ 5.00 | $ 10.00 |
| White Board (Small) | 1 | Good | $ 20.00 | $ 20.00 |
| Trash Can | 1 | Good | $ 2.50 | $ 2.50 |

**Land Office**

| Item | Qty | Condition | Unit | Total |
|------|-----|-----------|------|-------|
| White Board (Large) | 1 | Good | $ 40.00 | $ 40.00 |
| Trash Can | 1 | Good | $ 2.50 | $ 2.50 |

**Breakroom**

| Item | Qty | Condition | Unit | Total |
|------|-----|-----------|------|-------|
| Refrigerator | 1 | Fair | $ 100.00 | $ 100.00 |
| Misc. Kitchen Supplies | 1 | Good | $ 25.00 | $ 25.00 |
| Metal Trash Can | 1 | Good | $ 10.00 | $ 10.00 |

Total    $ 2,200.00

**LIST NO. 41**

| Location | Item | Quantity | Condition | Value | Total | |
|---|---|---|---|---|---|---|
| Computer Equipment / Phones | | | | | | |
| | Ipad | 3 | Good | $ 35.00 | $ 105.00 | |
| | Iphones | 6 | Poor | $ 15.00 | $ 90.00 | |
| | Keyboards | 3 | Good | $ 5.00 | $ 15.00 | |
| | Tablet | 1 | Poor | $ 5.00 | $ 5.00 | |
| | MacBook Pro | 1 | Locked | $ 500.00 | $ 500.00 | (Subject to Lease) |
| | MacBook Pro | 1 | Stolen | $ - | $ - | (Subject to Lease) |
| | MacBook Air | 5 | Good | $ 350.00 | $ 1,750.00 | (Subject to Lease) |
| | iMac - Desktop | 3 | Good | $ 500.00 | $ 1,500.00 | (Subject to Lease) |
| | Desktop Phone - Verizon | 6 | Good | $ 25.00 | $ 150.00 | |
| | Cordless Phone | 1 | Fair | $ 5.00 | $ 5.00 | |
| | Monitor | 1 | Fair | $ 25.00 | $ 25.00 | |
| | Auxiliary Monitor | 1 | Good | $ 150.00 | $ 150.00 | |
| | | | | **Total** | **$ 4,295.00** | |

**LIST NO. 50**

| Description | QTY | Amount | Total |
|---|---|---|---|
| Vacuum | 1 | $ 5.00 | $ 5.00 |
| Christmas Tree | 1 | $ 5.00 | $ 5.00 |
| Misc. Clothing - Arbor Gear | 1 | $ 20.00 | $ 20.00 |
| Vacuum | 1 | $ 5.00 | $ 5.00 |
| Flatbed Cart | 1 | $ 25.00 | $ 25.00 |
| Scaffolding Section | 3 | $ 75.00 | $ 225.00 |
| Industrial Shelving | 2 | $ 75.00 | $ 150.00 |
| Industrial Shelving - Low Boy | 2 | $ 50.00 | $ 100.00 |
| Rolling Scaffolding | 2 | $ 40.00 | $ 80.00 |
| Refrigerator | 1 | $ 100.00 | $ 100.00 |
| Range | 1 | $ 100.00 | $ 100.00 |
| Microwave | 1 | $ 25.00 | $ 25.00 |
| Dishwasher | 1 | $ 25.00 | $ 25.00 |
| Misc. Small tools (Paint / Drywall) | 1 | $ 25.00 | $ 25.00 |
| Misc. Squeegees | 1 | $ 25.00 | $ 25.00 |
| Refrigerator | 1 | $ 100.00 | $ 100.00 |
| Floor Mat | 1 | $ 1.00 | $ 1.00 |
| Throw Pillows | 4 | $ 1.00 | $ 4.00 |
| Fake Plant | 1 | $ 1.00 | $ 1.00 |
| Candy Jar | 1 | $ 0.50 | $ 0.50 |
| Surface Mount Light Fixtures | 2 | $ 5.00 | $ 10.00 |

**Total** $ 1,031.50

**Fill in this information to identify the case:**

Debtor name **Arbor Construction, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **84 Lumber Company** | Describe debtor's property that is subject to a lien | **$41,003.13** | **$475,000.00** |
|---|---|---|---|---|

Creditor's Name
**9472 Caddell Dr, Indian Land, SC 29707**

**1019 Route 519**
**Eighty Four, PA 15330-2813**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**beverly.goins@84lumber.com**

**Is the creditor an insider or related party?**

Creditor's email address, if known
☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ Contingent
☑ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☑ Disputed

---

| 2.2 | **84 Lumber Company** | Describe debtor's property that is subject to a lien | $2,033.68 | $262,000.00 |
|---|---|---|---|---|

Creditor's Name
**1730 Burnette St, Lancaster, SC 29720**

**1019 Route 519**
**Eighty Four, PA 15330-2813**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**beverly.goins@84lumber.com**

**Is the creditor an insider or related party?**

Creditor's email address, if known
☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**01/26/24**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Arbor Construction, LLC** | | Case number (*if known*) | |
| | Name | | | |

- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**1. 84 Lumber Company
2. MTBM LLC
3. Danco Plumbing Services, LLC
4. Campbell Building Solutions, LLC
5. Campbell Building Solutions, LLC**

---

| 2.3 | **84 Lumber Company** | | Describe debtor's property that is subject to a lien | $21,645.18 | $272,000.00 |
| | Creditor's Name | | **1845 Sunny Lane, Lancaster, SC 29720** | | |

**1019 Route 519
Eighty Four, PA 15330-2813**

Creditor's mailing address

**beverly.goins@84lumber.com**

Creditor's email address, if known

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
01/26/24**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. 84 Lumber Company
2. Stone Pro Grading
3. Campbell Building Solutions, LLC
4. Charlotte Lanehart Electric Co., Inc.
5. Ryanco Construction, LLC**

---

| 2.4 | **84 Lumber Company** | | Describe debtor's property that is subject to a lien | $24,874.92 | $240,000.00 |
| | Creditor's Name | | **1210 Old Greenbriar, Lancaster, SC 29720** | | |

**1019 Route 519
Fort Mill, SC 29708**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
01/26/24**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. 84 Lumber Company**
**2. Stone Pro Grading**
**3. Builders FirstSource, Inc**
**4. Danco Plumbing Services, LLC**
**5. Charlotte Lanehart Electric Co., Inc.**
**6. Campbell Building Solutions, LLC**
**7. Ryanco Construction, LLC**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **84 Lumber Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**9472 Caddell Rd, Indian Land, SC 29707**

$40,003.13          $380,000.00

**1019 Route 519**
**Fort Mill, SC 29708**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/26/24**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. 84 Lumber Company**
**2. MTBM LLC**
**3. Charlotte Lanehart Electric Co., Inc.**
**4. Danco Plumbing Services, LLC**
**5. Campbell Building Solutions, LLC**
**6. Ryanco Construction, LLC**

---

| 2.6 | **AC5 Enterprises, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**9472 Caddell Road, Indian Land, SC 29707**

$77,671.23          $380,000.00

**8302 Marcliffe Court**
**Waxhaw, NC 28173**
Creditor's mailing address

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**christopher.augenstein@gmail.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/24/23**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 65

Debtor   **Arbor Construction, LLC**
_____
Name

Case number *(if known)* _____

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **AC5 Enterprises, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$315,400.00** |
|---|---|---|---|---|

Creditor's Name

**8302 Marcliffe Court
Waxhaw, NC 28173**

Creditor's mailing address

**christopher.augenstein@gmail.com**

Creditor's email address, if known

**Date debt was incurred
5/24/23**

Last 4 digits of account number

**1830 Sunny Lane, Lancaster, SC 29720**

**Describe the lien
Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **AC5 Enterprises, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$280,000.00** |
|---|---|---|---|---|

Creditor's Name

**8302 Marcliffe Court
Waxhaw, NC 28173**

Creditor's mailing address

**christopher.augenstein@gmail.com**

Creditor's email address, if known

**Date debt was incurred
5/24/23**

Last 4 digits of account number

**1519 Oakwood Avenue, Lancaster, SC 29720**

**Describe the lien
Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **AC5 Enterprises, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$280,000.00** |
|---|---|---|---|---|

Creditor's Name

**8302 Marcliffe Court
Waxhaw, NC 28173**

Creditor's mailing address

**1523 Oakwood Avenue, Lancaster, SC 29720**

**Describe the lien**

---

| Debtor | Arbor Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Mortgage**

christopher.augenstein@gmail.com

Creditor's email address, if known

**Date debt was incurred**
**5/24/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Ally Bank** | **Describe debtor's property that is subject to a lien** | $61,734.48 | $48,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Registered Agent**
**160 Mine Lake Court Suite 200**
**Raleigh, NC 27615-6417**

Creditor's mailing address

**Car Loan: 2022 Jeep Wagoneer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Builders FirstSource, Inc** | **Describe debtor's property that is subject to a lien** | $3,293.05 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 100932**
**Atlanta, GA 30384**

Creditor's mailing address

**1210 Old Greenbriar, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/20/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.4**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **Builders FirstSource, Inc** | Describe debtor's property that is subject to a lien | **$4,230.29** | **$327,000.00** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2508 Lazy Oak Dr, Lancaster, SC 29720** | | |

**PO Box 100932**
**Atlanta, GA 30384**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**03/05/24**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Campbell Building
Solutions, LLC
2. Builders FirstSource, Inc**

---

| 2.1 3 | **Builders FirstSource, Inc** | Describe debtor's property that is subject to a lien | **$13,203.54** | **$245,000.00** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **341 Buckelew Street, Lancaster, SC 29720** | | |

**PO Box 100932**
**Atlanta, GA 30384**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/20/24**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Builders FirstSource, Inc
2. Charlotte Lanehart
Electric Co., Inc.**

---

| 2.1 4 | **Builders FirstSource, Inc** | Describe debtor's property that is subject to a lien | **$13,203.54** | **$245,000.00** |
| --- | --- | --- | --- | --- |

Debtor **Arbor Construction, LLC**
_____
Name

Case number (if known) _____

---

Creditor's Name
_____

**PO Box 100932**
**Atlanta, GA 30384**

Creditor's mailing address
_____

Creditor's email address, if known
_____

Date debt was incurred
**02/20/24**

Last 4 digits of account number
_____

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. MTBM LLC**
**2. Builders FirstSource, Inc**
**3. Charlotte Lanehart Electric Co., Inc.**
**4. Danco Plumbing Services, LLC**

**333 Buckelew Street, Lancaster, SC 29720**
_____

**Describe the lien**
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.15 | **Builders FirstSource, Inc** | | | |

Creditor's Name
_____

**PO Box 100932**
**Atlanta, GA 30384**

Creditor's mailing address
_____

Creditor's email address, if known
_____

Date debt was incurred
**02/20/24**

Last 4 digits of account number
_____

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. MTBM LLC**
**2. Builders FirstSource, Inc**
**3. Charlotte Lanehart Electric Co., Inc.**

**Describe debtor's property that is subject to a lien**        $13,203.54        $250,000.00
**337 Buckelew Street, Lancaster, SC 29720**
_____

**Describe the lien**
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.16 | **Builders FirstSource, Inc.** | | | |

Creditor's Name
_____

**PO Box 100932**
**Atlanta, GA 30384**

Creditor's mailing address
_____

**Describe debtor's property that is subject to a lien**        $4,230.29        $340,000.00
**2522 Lazy Oak, Lancaster, SC 29720**
_____

**Describe the lien**
**Mechanic's Lien**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 65

| Debtor | **Arbor Construction, LLC** | | Case number (if known) | |
| | Name | | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/20/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ryanco Construction, LLC**
**2. Builders FirstSource, Inc.**
**3. Campbell Building Solutions, LLC**
**4. Campbell Building Solutions, LLC**
**5. Charlotte Lanehart Electric Co., Inc.**
**6. Professional Builders Supply**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.17 | **Campbell Building Solutions, LLC** | | **Describe debtor's property that is subject to a lien** | $13,591.96 | $240,000.00 |
| | Creditor's Name | | **1210 Old Greenbriar, Lancaster, SC 29720** | | |

**P O Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/05/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.18 | **Campbell Building Solutions, LLC** | | **Describe debtor's property that is subject to a lien** | $14,452.30 | $262,000.00 |
| | Creditor's Name | | **1730 Burnette St, Lancaster, SC 29720** | | |

**PO Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

---

Debtor **Arbor Construction, LLC**                                    Case number *(if known)* _____
      _____
      Name

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/01/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

□ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

---

| 2.1 9 | **Campbell Building Solutions, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
**03/05/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

□ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**        $6,101.00        $262,000.00
**1730 Burnette St, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

□ Yes

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

---

| 2.2 0 | **Campbell Building Solutions, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
**03/01/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

□ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**        $13,751.96        $272,000.00
**1845 Sunny Lane, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

□ Yes

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

---

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.2<br>1 | **Campbell Building Solutions, LLC** | Describe debtor's property that is subject to a lien | $8,699.00 | $327,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

**2508 Lazy Oak Dr, Lancaster, SC 29720**

Describe the lien

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/04/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.12**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2<br>2 | **Campbell Building Solutions, LLC** | Describe debtor's property that is subject to a lien | $8,699.00 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

**2522 Lazy Oak, Lancaster, SC 29720**

Describe the lien

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/04/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.16**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2<br>3 | **Campbell Building Solutions, LLC** | Describe debtor's property that is subject to a lien | $8,265.00 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

**2522 Lazy Oak, Lancaster, SC 29720**

Describe the lien

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**03/05/24**

Debtor    **Arbor Construction, LLC**                                    Case number (if known) _____
_____
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.16** | ■ Disputed |

---

| 2.2 4 | **Campbell Building Solutions, LLC** | Describe debtor's property that is subject to a lien | $16,178.51 | $380,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3456**
**Mooresville, NC 28117**

Creditor's mailing address

**9472 Caddell Rd, Indian Land, SC 29707**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/05/24**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.5** | ■ Disputed |

---

| 2.2 5 | **Cedar Advance** | Describe debtor's property that is subject to a lien | $216,666.64 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5401 Collins Avenue CU-9A**
**Miami Beach, FL 33140**

Creditor's mailing address

**Blanket Lien**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**simon@cedaradvance.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/27/23**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 6 | **Charles Mark Hedrick** | Describe debtor's property that is subject to a lien | $315,945.21 | $285,000.00 |
|---|---|---|---|---|

Debtor    **Arbor Construction, LLC**                                        Case number (*if known*) _____
_____
Name

Creditor's Name                    **2644 Downey Drive, Lancaster, SC 29720**

**128 E. Carson Blvd**
**Charlotte, NC 28203**
_____
Creditor's mailing address            **Describe the lien**
**Mortgage**
_____
                            **Is the creditor an insider or related party?**
**markhedrick62@gmail.com**            ☐ No
_____        ■ Yes
Creditor's email address, if known        **Is anyone else liable on this claim?**
                            ■ No
**Date debt was incurred**            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                    ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.2 7 | **Charles Mark Hedrick** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$290,000.00** |

Creditor's Name                    **2636 Downey Drive, Lancaster, SC 29720**

**128 E. Carson Blvd**
**Charlotte, NC 28203**
_____
Creditor's mailing address            **Describe the lien**
**Mortgage**
_____
                            **Is the creditor an insider or related party?**
**markhedrick62@gmail.com**            ☐ No
_____        ■ Yes
Creditor's email address, if known        **Is anyone else liable on this claim?**
                            ■ No
**Date debt was incurred**            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                    ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.2 8 | **Charles Mark Hedrick** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$360,000.00** |

Creditor's Name                    **1048 Garnette Road, Lancaster, SC 29720**

**128 E. Carson Blvd**
**Charlotte, NC 28203**
_____
Creditor's mailing address            **Describe the lien**
**Mortgage**
_____
                            **Is the creditor an insider or related party?**
**markhedrick62@gmail.com**            ☐ No
_____        ■ Yes
Creditor's email address, if known        **Is anyone else liable on this claim?**
                            ■ No
**Date debt was incurred**            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4/26/23**
**Last 4 digits of account number**

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 12 of 65

Debtor **Arbor Construction, LLC** _____   Case number (if known) _____
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | | | |
|---|---|---|---|

**Charles Mark Hedrick**
Creditor's Name

**128 E. Carson Blvd**
**Charlotte, NC 28203**
Creditor's mailing address

**markhedrick62@gmail.com**
Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**1730 Burnette Road, Lancaster, SC 29720**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☐ No
■ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Unknown**        **$262,000.00**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | | | |
|---|---|---|---|

**Charles Mark Hedrick**
Creditor's Name

**128 E. Carson Blvd**
**Charlotte, NC 28203**
Creditor's mailing address

**markhedrick62@gmail.com**
Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**418 Kershaw Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☐ No
■ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Unknown**        **$265,000.00**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | | | |
|---|---|---|---|

**Charles Mark Hedrick**
Creditor's Name

**128 E. Carson Blvd**
**Charlotte, NC 28203**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**422 Kershaw Street, Lancaster, SC 29720**

Describe the lien

**Unknown**        **$265,000.00**

---

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Mortgage**

**Is the creditor an insider or related party?**

markhedrick62@gmail.com

☐ No

Creditor's email address, if known

☑ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**4/26/23**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **Charles Mark Hedrick** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$245,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**341 Buckelew Street, Lancaster, SC 29720**

**128 E. Carson Blvd**
**Charlotte, NC 28203**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

markhedrick62@gmail.com

☐ No

Creditor's email address, if known

☑ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**4/26/23**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **Charles Mark Hedrick** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$250,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**337 Buckelew Street, Lancaster, SC 29720**

**128 E. Carson Blvd**
**Charlotte, NC 28203**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

markhedrick62@gmail.com

☐ No

Creditor's email address, if known

☑ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**4/26/23**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 4 | **Charles Mark Hedrick** | Describe debtor's property that is subject to a lien | **Unknown** | **$245,000.00** |

Creditor's Name

**128 E. Carson Blvd**
**Charlotte, NC 28203**

Describe debtor's property that is subject to a lien
**333 Buckelew Street, Lancaster, SC 29720**

Creditor's mailing address

**markhedrick62@gmail.com**

Creditor's email address, if known

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☐ No
☑ Yes

Date debt was incurred
**4/26/23**
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Charlotte Lanehart Electric Co., Inc.** | Describe debtor's property that is subject to a lien | **$6,965.00** | **$240,000.00** |

Creditor's Name

**3716 Centre Circle**
**Fort Mill, SC 29715**

Describe debtor's property that is subject to a lien
**1210 Old Greenbriar, Lancaster, SC 29720**

Creditor's mailing address

Creditor's email address, if known

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
**03/05/24**
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 6 | **Charlotte Lanehart Electric Co., Inc.** | Describe debtor's property that is subject to a lien | **$7,110.00** | **$272,000.00** |

Creditor's Name

**3716 Centre Circle**
**Fort Mill, SC 29715**

Describe debtor's property that is subject to a lien
**1845 Sunny Lane, Lancaster, SC 29720**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

---

| Debtor | **Arbor Construction, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/05/24**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.3 7 | **Charlotte Lanehart Electric Co., Inc.** | Describe debtor's property that is subject to a lien | $3,633.00 | $340,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2522 Lazy Oak, Lancaster, SC 29720** | | |

**3716 Centre Circle**
**Fort Mill, SC 29715**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/05/24**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.16**

---

| 2.3 8 | **Charlotte Lanehart Electric Co., Inc.** | Describe debtor's property that is subject to a lien | $3,004.00 | $245,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **333 Buckelew Street, Lancaster, SC 29720** | | |

**3716 Centre Circle**
**Fort Mill, SC 29715**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/23/24**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor **Arbor Construction, LLC**
Name

Case number *(if known)*

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.39 | **Charlotte Lanehart Electric Co., Inc.** | | $3,004.00 | $250,000.00 |

Creditor's Name

**3716 Centre Circle
Fort Mill, SC 29715**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
02/23/24**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

Describe debtor's property that is subject to a lien
**337 Buckelew Street, Lancaster, SC 29720**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.40 | **Charlotte Lanehart Electric Co., Inc.** | | $3,004.00 | $245,000.00 |

Creditor's Name

**3716 Centre Circle
Fort Mill, SC 29715**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
02/23/24**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

Describe debtor's property that is subject to a lien
**341 Buckelew Street, Lancaster, SC 29720**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.41 | **Charlotte Lanehart Electric Co., Inc.** | | $3,004.00 | $265,000.00 |

Creditor's Name

**3716 Centre Circle
Fort Mill, SC 29715**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**418 Kershaw Street, Lancaster, SC 29720**

Describe the lien
**Mechanic's Lien**

---

Debtor **Arbor Construction, LLC**
Name
Case number *(if known)*

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/23/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Charlotte Lanehart Electric Co., Inc.**
**2. Danco Plumbing Services, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 2 | **Charlotte Lanehart Electric Co., Inc.** | | $3,004.00 | $265,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**422 Kershaw Street, Lancaster, SC 29720**

**3716 Centre Circle**
**Fort Mill, SC 29715**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**02/23/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Charlotte Lanehart Electric Co., Inc.**
**2. Danco Plumbing Services, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 3 | **Charlotte Lanehart Electric Co., Inc.** | | $5,232.00 | $380,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**9472 Caddell Rd, Indian Land, SC 29707**

**3716 Centre Circle**
**Fort Mill, SC 29715**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**02/23/24**
**Last 4 digits of account number**

Debtor   **Arbor Construction, LLC**
_____     Case number (if known) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.5** | ■ Disputed |

---

| 2.4 4 | **Clawson Family Revocable Trust** | | $105,315.07 | $285,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** **2644 Downey Drive, Lancaster, SC 29720** | | |

**9278 Whistling Straits Drive
Indian Land, SC 29707**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**clawsonron@gmail.com**
■ No

Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/26/23**
■ No

**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 5 | **Clawson Family Revocable Trust** | | $26,842.47 | $327,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** **2508 Lazy Oak Dr, Lancaster SC 29720** | | |

**9278 Whistling Straits Drive
Indian Land, SC 29707**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**clawsonron@gmail.com**
■ No

Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/18/23**
■ No

**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 6 | **Clawson Family Revocable Trust** | | Unknown | $340,000.00 |
|---|---|---|---|---|
| | | **Describe debtor's property that is subject to a lien** | | |

Debtor    **Arbor Construction, LLC**

Name

Case number (if known)

---

Creditor's Name

**2522 Lazy Oak Dr, Lancaster, SC 29720**

**9278 Whistling Straits Drive
Indian Land, SC 29707**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

**clawsonron@gmail.com**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**9/18/23**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **Clawson Family Revocable Trust** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$290,000.00** |

Creditor's Name

**2636 Downey Drive, Lancaster, SC 29720**

**9278 Whistling Straits Drive
Indian Land, SC 29707**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

**clawsonron@gmail.com**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**4/26/23**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Clawson Family Revocable Trust** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$360,000.00** |

Creditor's Name

**1048 Garnette Road, Lancaster, SC 29720**

**9278 Whistling Straits Drive
Indian Land, SC 29707**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

**clawsonron@gmail.com**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**4/26/23**

**Last 4 digits of account number**

---

Debtor **Arbor Construction, LLC**

Name

Case number *(if known)*

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.49 | **Clawson Family Revocable Trust** | | |
|---|---|---|---|

Creditor's Name

**9278 Whistling Straits Drive Indian Land, SC 29707**

Creditor's mailing address

**clawsonron@gmail.com**

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**1730 Burnette St, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**    **$262,000.00**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.50 | **Clawson Family Revocable Trust** | | |
|---|---|---|---|

Creditor's Name

**9278 Whistling Straits Drive Indian Land, SC 29707**

Creditor's mailing address

**clawsonron@gmail.com**

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**418 Kershaw Street, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**    **$265,000.00**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.51 | **Clawson Family Revocable Trust** | | |
|---|---|---|---|

Creditor's Name

**9278 Whistling Straits Drive Indian Land, SC 29707**

**Describe debtor's property that is subject to a lien**
**422 Kershaw Street, Lancaster, SC 29720**

**Unknown**    **$265,000.00**

---

Debtor    **Arbor Construction, LLC**                                           Case number *(if known)*
_____
Name

Creditor's mailing address

**Describe the lien**
**Mortgage**

**clawsonron@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 2 | **Clawson Family Revocable Trust** | **Describe debtor's property that is subject to a lien**<br>**341 Buckelew Street, Lancaster, SC 29720** | **Unknown** | **$245,000.00** |
|---|---|---|---|---|

Creditor's Name

**9278 Whistling Straits Drive**
**Indian Land, SC 29707**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**clawsonron@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 3 | **Clawson Family Revocable Trust** | **Describe debtor's property that is subject to a lien**<br>**337 Buckelew Street, Lancaster, SC 29720** | **Unknown** | **$250,000.00** |
|---|---|---|---|---|

Creditor's Name

**9278 Whistling Straits Drive**
**Indian Land, SC 29707**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**clawsonron@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **Clawson Family Revocable Trust** | Describe debtor's property that is subject to a lien | **Unknown** | **$245,000.00** |

Creditor's Name

**9278 Whistling Straits Drive
Indian Land, SC 29707**

Creditor's mailing address

**clawsonron@gmail.com**

Creditor's email address, if known

**Date debt was incurred
4/26/23**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**333 Buckelew Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | **$120,750.00** | **$0.00** |

Creditor's Name

**19505 Biscayne Blvd Suite
2350
Aventura, FL 33180**

Creditor's mailing address

**PF1@atlasadvancegroup.c
om**

Creditor's email address, if known

**Date debt was incurred
12/26/23**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 6 | **Dan & Penelope Macuga Trust** | Describe debtor's property that is subject to a lien | **$59,523.29** | **$925,000.00** |

Creditor's Name

**601 Belle Meade Court
Waxhaw, NC 28173**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**212 Lester Davis Rd, Waxhaw NC, 28173**

Describe the lien
**Deed of Trust**

---

Debtor **Arbor Construction, LLC**

Case number *(if known)* _____

Name

---

damacuga@msn.com
_____
Creditor's email address, if known

**Date debt was incurred**
**3/21/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **Dan & Penelope Macuga Trust** | **Describe debtor's property that is subject to a lien** | $30,293.15 | $540,000.00 |
|---|---|---|---|---|

Creditor's Name

**1549 Riverview Cir, Fort Lawn, SC 29714**

**601 Belle Meade Court**
**Waxhaw, NC 28173**
_____
Creditor's mailing address

**Describe the lien**
**Mortgage**

damacuga@msn.com
_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**7/28/22**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | **Dan & Penelope Macuga Trust** | **Describe debtor's property that is subject to a lien** | $65,630.13 | $282,500.00 |
|---|---|---|---|---|

Creditor's Name

**1210 Old Greenbriar Drive, Lancaster, SC 29720**

**601 Belle Meade Court**
**Waxhaw, NC 28173**
_____
Creditor's mailing address

**Describe the lien**
**Mortgage**

damacuga@msn.com
_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**12/15/20**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 9 | **Danco Plumbing Services, LLC** | **Describe debtor's property that is subject to a lien** | $5,326.75 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**424 W Old Limestone Road
York, SC 29745**

Creditor's mailing address

**1210 Old Greenbriar, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
02/27/24**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 0 | **Danco Plumbing Services, LLC** | **Describe debtor's property that is subject to a lien** | $8,575.02 | $262,000.00 |
|---|---|---|---|---|

Creditor's Name

**424 W Old Limestone Road
York, SC 29745**

Creditor's mailing address

**1730 Burnette St, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
02/27/24**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 1 | **Danco Plumbing Services, LLC** | **Describe debtor's property that is subject to a lien** | $3,393.81 | $245,000.00 |
|---|---|---|---|---|

Creditor's Name

**424 W Old Limestone Road
York, SC 29745**

Creditor's mailing address

**333 Buckelew Street, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/27/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

---

| 2.6 2 | **Danco Plumbing Services, LLC** | **Describe debtor's property that is subject to a lien** | $1,830.00 | $265,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **418 Kershaw Street, Lancaster, SC 29720** | | |

**424 W Old Limestone Road York, SC 29745**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/27/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.41**

---

| 2.6 3 | **Danco Plumbing Services, LLC** | **Describe debtor's property that is subject to a lien** | $1,798.00 | $265,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **422 Kershaw Street, Lancaster, SC 29720** | | |

**424 W Old Limestone Road York, SC 29745**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/27/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor **Arbor Construction, LLC**
Name

Case number *(if known)* _____

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.42**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 4 | **Danco Plumbing Services, LLC** | Describe debtor's property that is subject to a lien | $7,210.76 | $380,000.00 |
|---|---|---|---|---|

Creditor's Name | **9472 Caddell Rd, Indian Land, SC 29707**

**424 W Old Limestone Road York, SC 29745**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/27/24**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

---

| 2.6 5 | **Daniel Macuga, Jr.** | Describe debtor's property that is subject to a lien | $29,449.31 | $540,000.00 |
|---|---|---|---|---|

Creditor's Name | **1549 Riverview Cir, Fort Lawn, SC 29714**

**8995 Upper Lando Lane Park City, UT 84098**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

**dan.macuga@us.usana.com**
Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/24/22**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 6 | **Daniel Macuga, Jr.** | Describe debtor's property that is subject to a lien | $33,697.26 | $550,000.00 |
|---|---|---|---|---|

Creditor's Name | **1541 Riverview Cir, Fort Lawn, SC 29714**

**8995 Upper Lando Lane Park City, UT 84098**
Creditor's mailing address

Describe the lien
**Mortgage**

---

Debtor   **Arbor Construction, LLC**                                                Case number (if known) _____
_____
Name

**dan.macuga@us.usana.com**

| **Is the creditor an insider or related party?** |
| ■ No |
| ☐ Yes |
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/7/21**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 7 | **Devinney Holdings, Inc** | Describe debtor's property that is subject to a lien | $264,082.19 | $380,000.00 |
| | Creditor's Name | **9472 Caddell Road, Indian Land, SC 29707** | | |

**19017 Peninsula Club Drive
Cornelius, NC 28031**
_____
Creditor's mailing address

**Describe the lien**
**Mortgage**

**devinneyshawn@gmail.com**

**Is the creditor an insider or related party?**

■ No

☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/24/23**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 8 | **Devinney Holdings, Inc** | Describe debtor's property that is subject to a lien | **Unknown** | $315,400.00 |
| | Creditor's Name | **1830 Sunny Lane, Lancaster, SC 29720** | | |

**19017 Peninsula Club Drive
Cornelius, NC 28031**
_____
Creditor's mailing address

**Describe the lien**
**Mortgage**

**devinneyshawn@gmail.com**

**Is the creditor an insider or related party?**

■ No

☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/24/23**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 9**

**Devinney Holdings, Inc**
Creditor's Name

**19017 Peninsula Club Drive Cornelius, NC 28031**
Creditor's mailing address

**devinneyshawn@gmail.com**
Creditor's email address, if known

**Date debt was incurred
5/24/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1519 Oakwood Avenue, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $280,000.00

---

**2.7 0**

**Devinney Holdings, Inc**
Creditor's Name

**19017 Peninsula Club Drive Cornelius, NC 28031**
Creditor's mailing address

**devinneyshawn@gmail.com**
Creditor's email address, if known

**Date debt was incurred
5/24/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1523 Oakwood Avenue, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            $280,000.00

---

**2.7 1**

**Edge 5 Realty**
Creditor's Name

**PO Box 78914 Charlotte, NC 28271**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**302 Lester Davis Drive, Waxhaw NC, 28173**

Describe the lien
**Deed of Trust**

$143,342.31            $950,000.00

---

Debtor    **Arbor Construction, LLC**
_____    Case number (if known) _____
Name

scott@edge5realty.com
_____
Creditor's email address, if known

**Date debt was incurred**
**11/24/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 2 | **Edge 5 Realty** |
|---|---|

Creditor's Name

**PO Box 78914**
**Charlotte, NC 28271**

Creditor's mailing address

scott@edge5realty.com

Creditor's email address, if known

**Date debt was incurred**
**11/24/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**212 Lester Davis Drive, Waxhaw, NC 28173**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Unknown**          **$925,000.00**

---

| 2.7 3 | **Family First Properties, LLC** |
|---|---|

Creditor's Name

**PO Box 752783**
**Memphis, TN 38175**

Creditor's mailing address

rcrawl2001@gmail.com

Creditor's email address, if known

**Date debt was incurred**
**10/10/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2508 Lazy Oak Dr, Lancaster SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$26,842.47**          **$327,000.00**

---

Debtor   **Arbor Construction, LLC**                                      Case number (*if known*) _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.7 4 | **Family First Properties, LLC** | | | |
|---|---|---|---|---|

**Family First Properties, LLC**
Creditor's Name

| Describe debtor's property that is subject to a lien | **Unknown** | **$399,999.00** |
|---|---|---|

**PO Box 752783
Memphis, TN 38175**
Creditor's mailing address

**2522 Lazy Oak Dr, Lancaster SC 29720**

**rcrawl2001@gmail.com**
Creditor's email address, if known

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred
10/10/23**
Last 4 digits of account number

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 5 | **FC Marketplace, LLC** | | | |
|---|---|---|---|---|

**FC Marketplace, LLC**
Creditor's Name

| Describe debtor's property that is subject to a lien | **$5,400.00** | **$0.00** |
|---|---|---|

**747 Front St
4th Floor
San Francisco, CA 94111**
Creditor's mailing address

**Blanket Lien**

**us-collections@fundingcirc le.com**
Creditor's email address, if known

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred
2/4/19**
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 6 | **Howard E. Strickland, Jr.** | | | |
|---|---|---|---|---|

**Howard E. Strickland, Jr.**
Creditor's Name

| Describe debtor's property that is subject to a lien | **$85,652.50** | **$395,000.00** |
|---|---|---|

**1937 Hickory Drive
Lancaster, SC 29720**
Creditor's mailing address

**4087 Taxahaw Rd, Lancaster, SC 29720**

Describe the lien
**Mechanic's Lien**

---

Debtor **Arbor Construction, LLC**                                    Case number (if known) _____

_____
Name

**homesoflancasterllc@gmail.com**

Creditor's email address, if known

---

**Date debt was incurred**
**02/15/24**

**Last 4 digits of account number**

---

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Howard E. Strickland, Jr.**
**2. Ryanco Construction, LLC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.77 | **Jeanne Baumgartner** | **Describe debtor's property that is subject to a lien** | $59,041.10 | $950,000.00 |
|---|---|---|---|---|

Creditor's Name

**302 Lester Davis Drive, Waxhaw NC, 28173**

**2782 North Hills Drive, NE**
**Atlanta, GA 30305**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**jeannebaumgartner@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/6/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.78 | **John & Mary Straetmans** | **Describe debtor's property that is subject to a lien** | $59,734.25 | $950,000.00 |
|---|---|---|---|---|

Creditor's Name

**302 Lester Davis Drive, Waxhaw NC, 28173**

**10285 Oxford Mill Circle**
**Alpharetta, GA 30022**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**mstraet@aol.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/14/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.7 9 | **John & Mary Straetmans** | Describe debtor's property that is subject to a lien | $29,439.72 | $550,000.00 |
|---|---|---|---|---|

Creditor's Name

**10285 Oxford Mill Circle**
**Alpharetta, GA 30022**
Creditor's mailing address

**1541 Riverview Cir, Fort Lawn, SC 29714**

Describe the lien
**Mortgage**

**mstraet@aol.com**
Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**
**10/25/22**
**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 0 | **John & Mary Straetmans** | Describe debtor's property that is subject to a lien | $32,910.96 | $950,000.00 |
|---|---|---|---|---|

Creditor's Name

**10285 Oxford Mill Circle**
**Alpharetta, GA 30022**
Creditor's mailing address

**302 Lester Davis Drive, Waxhaw NC, 28173**

Describe the lien
**Deed of Trust**

**mstraet@aol.com**
Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**
**10/28/21**
**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 1 | **Jonathan Polking** | Describe debtor's property that is subject to a lien | $61,334.00 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**4208 Asherton Drive**
**Charlotte, NC 28226**
Creditor's mailing address

**1210 Old Greenbriar, Lancaster, SC 29720**

Describe the lien
**Mortgage**

---

Debtor     **Arbor Construction, LLC**
_____
Name

Case number (if known) _____

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 2 | **Kathleen Lynch** |
|---|---|

Creditor's Name

**3825 Riverbend Road
Charlotte, NC 28210**

Creditor's mailing address

**kathleen.lynch@aon.com**

Creditor's email address, if known

**Date debt was incurred
4/26/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2644 Downey Drive, Lancaster, SC 29720**

$52,657.53          $285,000.00

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 3 | **Kathleen Lynch** |
|---|---|

Creditor's Name

**3825 Riverbend Road
Charlotte, NC 28210**

Creditor's mailing address

**kathleen.lynch@aon.com**

Creditor's email address, if known

**Date debt was incurred
4/26/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2636 Downey Drive, Lancaster, SC 29720**

Unknown          $290,000.00

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | | Case number (*if known*) | |
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 4 | **Kathleen Lynch** | | | | | Unknown | | $360,000.00 |
| | Creditor's Name | | | | | | | |

**3825 Riverbend Road**
**Charlotte, NC 28210**

Creditor's mailing address

**kathleen.lynch@aon.com**

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

Describe debtor's property that is subject to a lien
**1048 Garnette Road, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 5 | **Kathleen Lynch** | | | | | Unknown | | $262,000.00 |
| | Creditor's Name | | | | | | | |

**3825 Riverbend Road**
**Charlotte, NC 28210**

Creditor's mailing address

**kathleen.lynch@aon.com**

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

Describe debtor's property that is subject to a lien
**1730 Burnette St, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 6 | **Kathleen Lynch** | | | | | Unknown | | $265,000.00 |
| | Creditor's Name | | | | | | | |

**3825 Riverbend Road**
**Charlotte, NC 28210**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**418 Kershaw Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**kathleen.lynch@aon.com**

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 7 | **Kathleen Lynch** | Describe debtor's property that is subject to a lien | **Unknown** | **$265,000.00** |
|---|---|---|---|---|

Creditor's Name

**3825 Riverbend Road**
**Charlotte, NC 28210**

Creditor's mailing address

**kathleen.lynch@aon.com**

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**422 Kershaw Street, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 8 | **Kathleen Lynch** | Describe debtor's property that is subject to a lien | **Unknown** | **$245,000.00** |
|---|---|---|---|---|

Creditor's Name

**3825 Riverbend Road**
**Charlotte, NC 28210**

Creditor's mailing address

**kathleen.lynch@aon.com**

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**341 Buckelew Street, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Arbor Construction, LLC**                                    Case number (if known) _____
_____
Name

■ No
□ Contingent
□ Yes. Specify each creditor,          □ Unliquidated
including this creditor and its        □ Disputed
relative priority.

---

| 2.8 9 | **Kathleen Lynch** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**           Unknown        $250,000.00
**337 Buckelew Street, Lancaster, SC 29720**

**3825 Riverbend Road**
**Charlotte, NC 28210**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kathleen.lynch@aon.com**          ■ No
Creditor's email address, if known       □ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**           ■ No
**4/26/23**                □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
■ No                  □ Contingent
□ Yes. Specify each creditor,          □ Unliquidated
including this creditor and its        □ Disputed
relative priority.

---

| 2.9 0 | **Kathleen Lynch** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**           Unknown        $245,000.00
**333 Buckelew Street, Lancaster, SC 29720**

**3825 Riverbend Road**
**Charlotte, NC 28210**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kathleen.lynch@aon.com**          ■ No
Creditor's email address, if known       □ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**           ■ No
**4/26/23**                □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
■ No                  □ Contingent
□ Yes. Specify each creditor,          □ Unliquidated
including this creditor and its        □ Disputed
relative priority.

---

| 2.9 1 | **MTBM LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**           $6,189.00        $380,000.00
**9472 Caddell Rd, Indian Land, SC 29707**

**1201 Industrial Drive**
**Matthews, NC 28105**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

cbralley@mtbmechanical.com

Creditor's email address, if known

**Date debt was incurred**
**02/16/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 2 | | | |
|---|---|---|---|

**MTBM LLC**

Creditor's Name

**1201 Industrial Drive**
**Matthews, NC 28105**

Creditor's mailing address

cbralley@mtbmechanical.com

Creditor's email address, if known

**Date debt was incurred**
**02/16/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

Describe debtor's property that is subject to a lien     **$3,838.00**     **$250,000.00**
**337 Buckelew Street, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 3 | | | |
|---|---|---|---|

**MTBM LLC**

Creditor's Name

**1201 Industrial Drive**
**Matthews, NC 28105**

Creditor's mailing address

cbralley@mtbmechanical.com

Creditor's email address, if known

**Date debt was incurred**
**02/16/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien     **Unknown**     **$245,000.00**
**333 Buckelew Street, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Arbor Construction, LLC**                                          Case number (if known) _____
         _____
         Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.14**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 4 | | | | |
|---|---|---|---|---|

**MTBM LLC**
_____
Creditor's Name

**1201 Industrial Drive
Matthews, NC 28105**
_____
Creditor's mailing address

**cbralley@mtbmechanical.c
om**
_____
Creditor's email address, if known

**Date debt was incurred
02/16/24**
_____
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

Describe debtor's property that is subject to a lien
**1730 Burnette St, Lancaster, SC 29720**
_____

Describe the lien
**Mechanic's Lien**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$5,865.00          $262,000.00

---

| 2.9 5 | | | | |
|---|---|---|---|---|

**MTBM LLC**
_____
Creditor's Name

**1201 Industrial Drive
Matthews, NC 28105**
_____
Creditor's mailing address

**cbralley@mtbmechanical.c
om**
_____
Creditor's email address, if known

**Date debt was incurred**
_____
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**422 Kershaw Street, Lancaster, SC 29720**
_____

Describe the lien
**Mortgage**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$225.00          $265,000.00

---

| 2.9 6 | | | | |
|---|---|---|---|---|

**ODK Capital, LLC**
_____
Creditor's Name

**4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien**
_____

Describe the lien
**UCC**

$147,232.01          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 39 of 65

Debtor    **Arbor Construction, LLC**
_____
Name                                                                Case number (if known) _____

**support@ondeckpayments**
**upport.com**
_____
Creditor's email address, if known

**Date debt was incurred**
**11/6/23**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 7 | **Professional Builders Supply** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**1048 Garnette Rd, Lancaster, SC 29720**                          **$31,350.00**          **$360,000.00**

**301 Dalton Ave.**
**Charlotte, NC 28206**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/23/24**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 8 | **Professional Builders Supply** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**2522 Lazy Oak, Lancaster, SC 29720**                          **$39,741.42**          **$340,000.00**

**301 Dalton Ave.**
**Charlotte, NC 28206**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/05/24**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.16**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 9 | **Robert Crawford** | Describe debtor's property that is subject to a lien | $53,684.93 | $327,000.00 |
|---|---|---|---|---|

| | Creditor's Name |

**5928 Legacy Circle
Charlotte, NC 28277**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**rcrawl2001@gmail.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/8/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 00 | **Robert Crawford** | Describe debtor's property that is subject to a lien | Unknown | $340,000.00 |
|---|---|---|---|---|

| | Creditor's Name |

**5928 Legacy Circle
Charlotte, NC 28277**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**rcrawl2001@gmail.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/8/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 01 | **Ryanco Construction, LLC** | Describe debtor's property that is subject to a lien | $6,108.50 | $585,000.00 |
|---|---|---|---|---|

| | Creditor's Name |

**2764 Pleasant Road
Fort Mill, SC 29708**

Creditor's mailing address

**Describe the lien**
**Mortgage**

---

Describe debtor's property that is subject to a lien
**2508 Lazy Oak Dr, Lancaster SC 29720**

Describe debtor's property that is subject to a lien
**2522 Lazy Oak Dr, Lancaster SC 29720**

Describe debtor's property that is subject to a lien
**1555 Riverview Cir, Fort Lawn, SC 29714**

Debtor    **Arbor Construction, LLC**                                    Case number (if known) _____
_____
Name

office@ryanco-constructio
n.com
_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 02 | **Ryanco Construction, LLC** | Describe debtor's property that is subject to a lien | $3,700.00 | $340,000.00 |

Creditor's Name

**2764 Pleasant Road
Fort Mill, SC 29708**
_____
Creditor's mailing address

office@ryanco-constructio
n.com
_____
Creditor's email address, if known

**Date debt was incurred**
**02/07/24**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.16**

**2522 Lazy Oak, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 03 | **Ryanco Construction, LLC** | Describe debtor's property that is subject to a lien | $10,237.50 | $395,000.00 |

Creditor's Name

**2764 Pleasant Road
Fort Mill, SC 29708**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**03/01/24**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**4087 Taxahaw Rd, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.76**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 04 | **Ryanco Construction, LLC** | Describe debtor's property that is subject to a lien | $6,150.00 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**2764 Pleasant Road
Fort Mill, SC 29708**

Creditor's mailing address

**1210 Old Greenbriar, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/08/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.4**

---

| 2.1 05 | **Ryanco Construction, LLC** | Describe debtor's property that is subject to a lien | $11,467.50 | $272,000.00 |
|---|---|---|---|---|

Creditor's Name

**2764 Pleasant Road
Fort Mill, SC 29708**

Creditor's mailing address

**1845 Sunny Lane, Lancaster, SC 29720**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/08/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

---

| 2.1 06 | **Ryanco Construction, LLC** | Describe debtor's property that is subject to a lien | $9,607.50 | $380,000.00 |
|---|---|---|---|---|

Creditor's Name

**2764 Pleasant Road
Fort Mill, SC 29708**

Creditor's mailing address

**9472 Caddell Rd, Indian Land, SC 29707**

**Describe the lien**
**Mechanic's Lien**

---

Debtor  **Arbor Construction, LLC**                          Case number (if known) _____
        Name

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/08/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 07 | **Savannah Clawson** | Describe debtor's property that is subject to a lien | $26,328.77 | $285,000.00 |
|---|---|---|---|---|

Creditor's Name

**6925 N Baltusrol Lane
Charlotte, NC 28210**
Creditor's mailing address

**2644 Downey Drive, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**savyclaw@gmail.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 08 | **Savannah Clawson** | Describe debtor's property that is subject to a lien | Unknown | $290,000.00 |
|---|---|---|---|---|

Creditor's Name

**6925 N Baltusrol Lane
Charlotte, NC 28210**
Creditor's mailing address

**2636 Downey Drive, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**savyclaw@gmail.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

**2.1
09**

**Savannah Clawson**
Creditor's Name

**6925 N Baltusrol Lane
Charlotte, NC 28210**
Creditor's mailing address

**savyclaw@gmail.com**
Creditor's email address, if known

**Date debt was incurred
4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**1048 Garnette Road, Lancaster, SC 29720**

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $360,000.00

---

**2.1
10**

**Savannah Clawson**
Creditor's Name

**6925 N Baltusrol Lane
Charlotte, NC 28210**
Creditor's mailing address

**savyclaw@gmail.com**
Creditor's email address, if known

**Date debt was incurred
4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**1730 Burnette St, Lancaster, SC 29720**

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $262,000.00

---

**2.1
11**

**Savannah Clawson**
Creditor's Name

**6925 N Baltusrol Lane
Charlotte, NC 28210**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**418 Kershaw Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**

Unknown    $265,000.00

---

Debtor  **Arbor Construction, LLC**                                    Case number (if known) _____
_____
Name

**savyclaw@gmail.com**                          **Is the creditor an insider or related party?**
_____
Creditor's email address, if known              ■ No
                                                □ Yes
                                                **Is anyone else liable on this claim?**
**Date debt was incurred**
**4/26/23**                                     ■ No
**Last 4 digits of account number**             □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            □ Contingent
□ Yes. Specify each creditor,                   □ Unliquidated
including this creditor and its relative        □ Disputed
priority.

---

| 2.1 12 | **Savannah Clawson** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$265,000.00** |

Creditor's Name                                 **422 Kershaw Street, Lancaster, SC 29720**

**6925 N Baltusrol Lane**
**Charlotte, NC 28210**
_____
Creditor's mailing address                      **Describe the lien**
                                                **Mortgage**
**savyclaw@gmail.com**                          **Is the creditor an insider or related party?**
_____
Creditor's email address, if known              ■ No
                                                □ Yes
                                                **Is anyone else liable on this claim?**
**Date debt was incurred**
**4/26/23**                                     ■ No
**Last 4 digits of account number**             □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            □ Contingent
□ Yes. Specify each creditor,                   □ Unliquidated
including this creditor and its relative        □ Disputed
priority.

---

| 2.1 13 | **Savannah Clawson** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$245,000.00** |

Creditor's Name                                 **341 Buckelew Street, Lancaster, SC 29720**

**6925 N Baltusrol Lane**
**Charlotte, NC 28210**
_____
Creditor's mailing address                      **Describe the lien**
                                                **Mortgage**
**savyclaw@gmail.com**                          **Is the creditor an insider or related party?**
_____
Creditor's email address, if known              ■ No
                                                □ Yes
                                                **Is anyone else liable on this claim?**
**Date debt was incurred**
**4/26/23**                                     ■ No
**Last 4 digits of account number**             □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 14**

**Savannah Clawson**
Creditor's Name

**6925 N Baltusrol Lane Charlotte, NC 28210**
Creditor's mailing address

**savyclaw@gmail.com**
Creditor's email address, if known

Date debt was incurred
**4/26/23**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its priority.

Describe debtor's property that is subject to a lien
**337 Buckelew Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $250,000.00

---

**2.1 15**

**Savannah Clawson**
Creditor's Name

**6925 N Baltusrol Lane Charlotte, NC 28210**
Creditor's mailing address

**savyclaw@gmail.com**
Creditor's email address, if known

Date debt was incurred
**4/26/23**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its priority.

Describe debtor's property that is subject to a lien
**333 Buckelew Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $245,000.00

---

**2.1 16**

**SMI Enterprises, Inc**
Creditor's Name

**1702 Charlotte Highway Lancaster, SC 29720**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**302 Lester Davis Drive, Waxhaw NC, 28173**

Describe the lien
**Deed of Trust**

$22,366.35 | $950,000.00

---

Debtor  **Arbor Construction, LLC**
_____
Name

Case number (if known) _____

alsmith@smienterprises.com
_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 17 | **Stone Pro Grading** | | $3,650.00 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**1210 Old Greenbriar, Lancaster, SC 29720**

**2904 McNeely Farms Drive Waxhaw, NC 28173**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

stone@stoneprograding.com
_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**
**02/05/24**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 18 | **Stone Pro Grading** | | $3,050.00 | $272,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**1845 Sunny Lane, Lancaster, SC 29720**

**2904 McNeely Farms Drive Waxhaw, NC 28173**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

stone@stoneprograding.com
_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**
**02/05/24**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.1 19**

**Stone Pro Grading**
Creditor's Name

**2904 McNeely Farms Drive
Waxhaw, NC 28173**
Creditor's mailing address

**stone@stoneprograding.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2522 Lazy Oak, Lancaster, SC 29720**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$330.00**          **$399,999.00**

---

**2.1 20**

**Thomas Griffin**
Creditor's Name

**9951 Hanover Hollow Drive
Charlotte, NC 28210**
Creditor's mailing address

**tegcharlotte@gmail.com**
Creditor's email address, if known

**Date debt was incurred
4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2636 Downey Drive, Lancaster, SC 29720**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$52,657.53**          **$290,000.00**

---

**2.1 21**

**Thomas Griffin**
Creditor's Name

**9951 Hanover Hollow Drive
Charlotte, NC 28210**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2644 Downey Drive, Lancaster, SC 29720**

Describe the lien
**Mortgage**

**Unknown**          **$285,000.00**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 49 of 65

Debtor **Arbor Construction, LLC**
Name

Case number *(if known)* _____

tegcharlotte@gmail.com
Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 22 | **Thomas Griffin** |
|---|---|

Creditor's Name

**9951 Hanover Hollow Drive**
**Charlotte, NC 28210**
Creditor's mailing address

tegcharlotte@gmail.com
Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1048 Garnette Road, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$360,000.00**

---

| 2.1 23 | **Thomas Griffin** |
|---|---|

Creditor's Name

**9951 Hanover Hollow Drive**
**Charlotte, NC 28210**
Creditor's mailing address

tegcharlotte@gmail.com
Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**1730 Burnette St, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**Unknown**    **$262,000.00**

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 24 | | | |
|---|---|---|---|

**Thomas Griffin**
Creditor's Name

**9951 Hanover Hollow Drive Charlotte, NC 28210**
Creditor's mailing address

**tegcharlotte@gmail.com**
Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**418 Kershaw Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$265,000.00**

---

| 2.1 25 | | | |
|---|---|---|---|

**Thomas Griffin**
Creditor's Name

**9951 Hanover Hollow Drive Charlotte, NC 28210**
Creditor's mailing address

**tegcharlotte@gmail.com**
Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**422 Kershaw Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$265,000.00**

---

| 2.1 26 | | | |
|---|---|---|---|

**Thomas Griffin**
Creditor's Name

**9951 Hanover Hollow Drive Charlotte, NC 28210**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**341 Buckelew Street, Lancaster, SC 29720**

Describe the lien
**Mortgage**

**Unknown**     **$245,000.00**

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

tegcharlotte@gmail.com

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 27**

**Thomas Griffin**

Creditor's Name

**9951 Hanover Hollow Drive**
**Charlotte, NC 28210**

Creditor's mailing address

tegcharlotte@gmail.com

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**337 Buckelew Street, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Unknown**   **$250,000.00**

---

**2.1 28**

**Thomas Griffin**

Creditor's Name

**9951 Hanover Hollow Drive**
**Charlotte, NC 28210**

Creditor's mailing address

tegcharlotte@gmail.com

Creditor's email address, if known

**Date debt was incurred**
**4/26/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**333 Buckelew Street, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**Unknown**   **$245,000.00**

---

Debtor    **Arbor Construction, LLC**                                    Case number (if known) _____
          Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its  ☐ Disputed
relative
priority.

---

| 2.1 29 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $420,866.18 | $0.00 |

Creditor's Name

**SBA Disaster Loan Service Center**
**2 North 20th Street**
**Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Blanket Lien**

**disastercustomerservice@ sba.gov**

Creditor's email address, if known

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**7/1/21**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 30 | **Unique Funding Solutions LLC** | Describe debtor's property that is subject to a lien | $116,437.05 | $0.00 |

Creditor's Name

**1915 Hollywood Blvd**
**Suite 200A**
**Hollywood, FL 33020**

Creditor's mailing address

**Blanket Lien**

**irving@ufsfunding.com**

Creditor's email address, if known

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**12/26/23**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 31 | **Upright** | Describe debtor's property that is subject to a lien | $272,000.00 | $399,000.00 |

---

Debtor   **Arbor Construction, LLC**                                    Case number (if known) _____
Name

Creditor's Name                          **1103 Craig Avenue, Lancaster, SC 29720**

**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address               **Describe the lien**
                                         **Mortgage**
                                         **Is the creditor an insider or related party?**

**kyle.crismon@upright.us**              ■ No
Creditor's email address, if known       ☐ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**               ☐ No
                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.1 32 | **Upright** | Describe debtor's property that is subject to a lien | $180,153.22 | $290,000.00 |

Creditor's Name                          **1625 University Park Drive, Lancaster, SC**
                                         **29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address               **Describe the lien**
                                         **Mortgage**
                                         **Is the creditor an insider or related party?**

**kyle.crismon@upright.us**              ■ No
Creditor's email address, if known       ☐ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**               ☐ No
                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.1 33 | **Upright** | Describe debtor's property that is subject to a lien | $181,784.77 | $300,000.00 |

Creditor's Name                          **1664 University Park Drive, Lancaster, SC**
                                         **29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address               **Describe the lien**
                                         **Mortgage**
                                         **Is the creditor an insider or related party?**

**kyle.crismon@upright.us**              ■ No
Creditor's email address, if known       ☐ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**               ☐ No
                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

Debtor **Arbor Construction, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 34 | **Upright** | **Describe debtor's property that is subject to a lien** | $161,627.92 | $282,500.00 |
|---|---|---|---|---|

Creditor's Name

**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

**1210 Old Greenbriar Drive, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**kyle.crismon@upright.us**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 35 | **Upright** | **Describe debtor's property that is subject to a lien** | $552,000.00 | $950,000.00 |
|---|---|---|---|---|

Creditor's Name

**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

**302 Lester Davis Road, Waxhaw, NC 28173**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**kyle.crismon@upright.us**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 36 | **Upright** | **Describe debtor's property that is subject to a lien** | $552,000.00 | $925,000.00 |
|---|---|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor **Arbor Construction, LLC**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **212 Lester Davis Road, Waxhaw, NC 28173** |
| **1300 E 9th Street** | |
| **Suite 800** | |
| **Cleveland, OH 44114** | |
| Creditor's mailing address | **Describe the lien** |
| | **Mortgage** |
| | **Is the creditor an insider or related party?** |
| **kyle.crismon@upright.us** | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 37**

| | | | |
|---|---|---|---|
| **Upright** | **Describe debtor's property that is subject to a lien** | **$334,000.00** | **$580,000.00** |
| Creditor's Name | **1563 Riverview Circle, Fort Lawn, SC 29714** | | |
| **1300 E 9th Street** | | | |
| **Suite 800** | | | |
| **Cleveland, OH 44114** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Mortgage** | | |
| | **Is the creditor an insider or related party?** | | |
| **kyle.crismon@upright.us** | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 38**

| | | | |
|---|---|---|---|
| **Upright** | **Describe debtor's property that is subject to a lien** | **$334,000.00** | **$585,000.00** |
| Creditor's Name | **1555 Riverview Circle, Fort Lawn, SC 29714** | | |
| **1300 E 9th Street** | | | |
| **Suite 800** | | | |
| **Cleveland, OH 44114** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Mortgage** | | |
| | **Is the creditor an insider or related party?** | | |
| **kyle.crismon@upright.us** | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

---

Debtor    **Arbor Construction, LLC**                                        Case number *(if known)* _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 39**

**Upright**

Creditor's Name

**1300 E 9th Street
Suite 800
Cleveland, OH 44114**

Creditor's mailing address

**kyle.crismon@upright.us**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**1549 Riverview Circle, Fort Lawn, SC 29714**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$312,000.00**    **$540,000.00**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 40**

**Upright**

Creditor's Name

**1300 E 9th Street
Suite 800
Cleveland, OH 44114**

Creditor's mailing address

**kyle.crismon@upright.us**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**1541 Riverview Circle, Fort Lawn, SC 29714**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$312,000.00**    **$550,000.00**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 41**

**Upright**

Describe debtor's property that is subject to a lien

**$190,999.99**    **$285,000.00**

---

Debtor   **Arbor Construction, LLC**                                Case number *(if known)* _____
_____
Name

Creditor's Name                                        **2644 Downey Drive, Lancaster, SC 29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                                                        **Describe the lien**
                                                        **Mortgage**
                                                        **Is the creditor an insider or related party?**
**kyle.crismon@upright.us**                             ■ No
Creditor's email address, if known                      ☐ Yes
                                                        **Is anyone else liable on this claim?**
**Date debt was incurred**                              ☐ No
                                                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                       **As of the petition filing date, the claim is:**
**interest in the same property?**                      Check all that apply
■ No                                                    ☐ Contingent
☐ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.

---

| 2.1 42 | **Upright** | **Describe debtor's property that is subject to a lien** | **$195,000.01** | **$290,000.00** |

Creditor's Name                                        **2636 Downey Drive, Lancaster, SC 29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                                                        **Describe the lien**
                                                        **Mortgage**
                                                        **Is the creditor an insider or related party?**
**kyle.crismon@upright.us**                             ■ No
Creditor's email address, if known                      ☐ Yes
                                                        **Is anyone else liable on this claim?**
**Date debt was incurred**                              ☐ No
                                                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                       **As of the petition filing date, the claim is:**
**interest in the same property?**                      Check all that apply
■ No                                                    ☐ Contingent
☐ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.

---

| 2.1 43 | **Upright** | **Describe debtor's property that is subject to a lien** | **$207,000.00** | **$360,000.00** |

Creditor's Name                                        **1048 Garnette Road, Lancaster, SC 29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                                                        **Describe the lien**
                                                        **Mortgage**
                                                        **Is the creditor an insider or related party?**
**kyle.crismon@upright.us**                             ■ No
Creditor's email address, if known                      ☐ Yes
                                                        **Is anyone else liable on this claim?**
**Date debt was incurred**                              ☐ No
                                                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Debtor | **Arbor Construction, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 44 | **Upright** | **Describe debtor's property that is subject to a lien** | $175,262.82 | $262,000.00 |

Creditor's Name

**1300 E 9th Street
Suite 800
Cleveland, OH 44114**

Creditor's mailing address

**1730 Burnette St, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 45 | **Upright** | **Describe debtor's property that is subject to a lien** | $335,129.48 | $265,000.00 |

Creditor's Name

**1300 E 9th Street
Suite 800
Cleveland, OH 44114**

Creditor's mailing address

**418 Kershaw Street, Lancaster, SC 29720
(also secured on 422 Kershaw Street)**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 46 | **Upright** | **Describe debtor's property that is subject to a lien** | **Unknown** | $265,000.00 |

Debtor    **Arbor Construction, LLC**                                        Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **422 Kershaw Street, Lancaster, SC 29720** |
| **1300 E 9th Street** | **(also secured on 418 Kershaw Street)** |
| **Suite 800** | |
| **Cleveland, OH 44114** | |
| Creditor's mailing address | |

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**
Creditor's email address, if known

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 47 | **Upright** | Describe debtor's property that is subject to a lien | $329,338.36 | $245,000.00 |

Creditor's Name
**341 Buckelew Street, Lancaster, SC 29720**
**1300 E 9th Street**          **(also secured on 337 Buckelew Street)**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**
Creditor's email address, if known

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 48 | **Upright** | Describe debtor's property that is subject to a lien | **Unknown** | $250,000.00 |

Creditor's Name
**337 Buckelew Street, Lancaster, SC 29720**
**1300 E 9th Street**          **(also secured on 341 Buckelew Street)**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**
Creditor's email address, if known

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 49**

**Upright**
Creditor's Name

**1300 E 9th Street
Suite 800
Cleveland, OH 44114**
Creditor's mailing address

**kyle.crismon@upright.us**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**333 Buckelew Street, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$171,000.00     $245,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 50**

**Upright**
Creditor's Name

**1300 E 9th Street
Suite 800
Cleveland, OH 44114**
Creditor's mailing address

**kyle.crismon@upright.us**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**1025 Shady Lane, Lancaster, SC 29720**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$207,000.00     $335,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 51**

**Upright**

**Describe debtor's property that is subject to a lien**

$203,976.44     $327,000.00

---

Debtor    **Arbor Construction, LLC**                                        Case number (if known) _____
_____
Name

Creditor's Name                                **2508 Lazy Oak Drive, Lancaster, SC 29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                                               **Describe the lien**
                                               **Mortgage**
                                               **Is the creditor an insider or related party?**
**kyle.crismon@upright.us**                    ■ No
_____                □ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**
                                               □ No
**Date debt was incurred**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          □ Contingent
□ Yes. Specify each creditor,                 □ Unliquidated
including this creditor and its relative      □ Disputed
priority.

---

| 2.1 52 | **Upright** | **Describe debtor's property that is subject to a lien** | $223,005.64 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name                                **2522 Lazy Oak Drive, Lancaster, SC 29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                                               **Describe the lien**
                                               **Mortgage**
                                               **Is the creditor an insider or related party?**
**kyle.crismon@upright.us**                    ■ No
_____                □ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**
                                               □ No
**Date debt was incurred**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          □ Contingent
□ Yes. Specify each creditor,                 □ Unliquidated
including this creditor and its relative      □ Disputed
priority.

---

| 2.1 53 | **Upright** | **Describe debtor's property that is subject to a lien** | $217,000.00 | $395,000.00 |
|---|---|---|---|---|

Creditor's Name                                **4087 Taxahaw Road, Lancaster, SC 29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                                               **Describe the lien**
                                               **Mortgage**
                                               **Is the creditor an insider or related party?**
**kyle.crismon@upright.us**                    ■ No
_____                □ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**
                                               □ No
**Date debt was incurred**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor  **Arbor Construction, LLC**                                    Case number (if known) _____
        Name

| | |
|---|---|

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 54**  **Upright**                              Describe debtor's property that is subject to a lien        $250,000.00        $392,500.00
Creditor's Name          **2433 Craig Farm Road, Lancaster, SC 29720**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                          **Describe the lien**
                          **Mortgage**
**kyle.crismon@upright.us**     **Is the creditor an insider or related party?**
Creditor's email address, if known     ■ No
                          ☐ Yes
                          **Is anyone else liable on this claim?**
**Date debt was incurred**      ☐ No
                          ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 55**  **Upright**                              Describe debtor's property that is subject to a lien        $232,687.84        $380,000.00
Creditor's Name          **9472 Caddell Road, Indian Land, SC 29707**
**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

                          **Describe the lien**
                          **Mortgage**
**kyle.crismon@upright.us**     **Is the creditor an insider or related party?**
Creditor's email address, if known     ■ No
                          ☐ Yes
                          **Is anyone else liable on this claim?**
**Date debt was incurred**      ☐ No
                          ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 56**  **Upright**                              Describe debtor's property that is subject to a lien        $172,866.17        $315,400.00

---

Debtor    **Arbor Construction, LLC**
_____    Case number (if known) _____
Name

Creditor's Name    **1830 Sunny Lane, Lancaster, SC 29720**

**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**    ☒ No
☐ Yes
Creditor's email address, if known
**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☒ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 57 | **Upright** | Describe debtor's property that is subject to a lien | $185,000.00 | $280,000.00 |

Creditor's Name    **1519 Oakwood Avenue, Lancaster, SC 29720**

**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**    ☒ No
☐ Yes
Creditor's email address, if known
**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☒ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 58 | **Upright** | Describe debtor's property that is subject to a lien | $185,000.00 | $280,000.00 |

Creditor's Name    **1523 Oakwood Avenue, Lancaster, SC 29720**

**1300 E 9th Street**
**Suite 800**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

**kyle.crismon@upright.us**    ☒ No
☐ Yes
Creditor's email address, if known
**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor    **Arbor Construction, LLC**                                   Case number (*if known*) _____
_____
        Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$9,953,627.53** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Ally Bank**<br>**200 West Civic Center Dr**<br>**Sandy, UT 84070** | Line __2.10__ | |

**Fill in this information to identify the case:**

Debtor name __**Arbor Construction, LLC**__

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Chester County Treasurer**<br>**PO Box 580**<br>**Chester, SC 29706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Real Estate Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Lancaster County Treasurer**<br>**PO BOX 729**<br>**Lancaster, SC 29721** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,534.20** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Real Estate Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Arbor Construction, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Union County Tax Office**
**500 N. Main street**
**Suite 236**
**PO Box 97**
**Monroe, NC 28111-0097**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Real Estate Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**84 Lumber Company LP**
**PO Box 365**
**Eighty Four, PA 15330**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,480.00** |
|---|---|---|---|

**Alternative Septic Systems**
**168 HWY 274 #155**
**Clover, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,427.55** |
|---|---|---|---|

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,378.90** |
|---|---|---|---|

**Andy Lewis HVAC**
**PO Box 670**
**Belmont, NC 28012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$239.98** |
|---|---|---|---|

**Audio Video Specialties**
**1801 Cross Beam Drive**
**Suite E**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Arbor Construction, LLC**
_____    Case number (if known) _____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,542.00** |
|---|---|---|---|
| | **B Organized Insulation LLC** | ☐ Contingent | |
| | **PO Box 163669** | ☐ Unliquidated | |
| | **Columbus, OH 43216** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bhaskar Madamsetty** | ☐ Contingent | |
| | **1583 Burning Bush Lane** | ☐ Unliquidated | |
| | **Hoffman Estates, IL 60192** | ☐ Disputed | |
| | Date(s) debt was incurred  6/28/22 | Basis for the claim:  **1563 Riverview Cir, Fort Lawn, SC 29714** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bhaskar Madamsetty** | ☐ Contingent | |
| | **1583 Burning Bush Lane** | ☐ Unliquidated | |
| | **Hoffman Estates, IL 60192** | ☐ Disputed | |
| | Date(s) debt was incurred  6/28/22 | Basis for the claim:  **1555 Riverview Cir, Fort Lawn, SC 29714** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Builders FirstSource Inc** | ■ Contingent | |
| | **PO Box 100932** | ■ Unliquidated | |
| | **Atlanta, GA 30384** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,433.08** |
|---|---|---|---|
| | **Builders Supply Co** | ☐ Contingent | |
| | **PO Box 700** | ☐ Unliquidated | |
| | **Lancaster, SC 29720** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,360.00** |
|---|---|---|---|
| | **C&Y Framing and Decks** | ☐ Contingent | |
| | **83 Gilmer St** | ☐ Unliquidated | |
| | **Gastonia, NC 28052** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,075.00** |
|---|---|---|---|
| | **Cabinet Connect of Charlotte** | ☐ Contingent | |
| | **13606 East Independence Blvd** | ☐ Unliquidated | |
| | **Indian Trail, NC 28079** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Campbell Building Solutions, LLC**
PO Box 3456
Mooresville, NC 28117

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,533.42**

**Capital One**
PO Box 71087
Charlotte, NC 28272-1087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$381.96**

**Cardinal Rents, LLC**
PO Box 220273
Charlotte, NC 28222

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cedar Advance**
5401 Collins Avenue CU-9A
Miami Beach, FL 33140

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Charlotte Lanehart Electric Co., Inc**
3716 Centre Circle
Fort Mill, SC 29715

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,497.45**

**Chase Bank**
PO Box 1423
Charlotte, NC 28201

Date(s) debt was incurred _

Last 4 digits of account number  **4507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,208.17**

**Citibank**
Home Depot
PO Box 790420
Saint Louis, MO 63179-0420

Date(s) debt was incurred _

Last 4 digits of account number  **5186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Citibank**
**Costco Visa**
**PO Box 790046**
**Saint Louis, MO 63179-0046**

Date(s) debt was incurred _

Last 4 digits of account number  **2425**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
**City Of Charlotte**
**PO Box 31032**
**Charlotte, NC 28231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$105.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
**CloudFund LLC**
**19505 Biscayne Blvd Suite 2350**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
**CPG Coffey Creek LLC**
**125 Trade Court**
**Suite F, PMB-12**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Crown Property Management**
**125 Trade Court, Suite F PMB-12**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$13,181.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Danco Plumbing Services, LLC**
**424 W Old Limestone Road**
**York, SC 29745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
**DeVore, Acton, Stafford, P.A.**
**438 Queens Rd**
**Charlotte, NC 28207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,519.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Arbor Construction, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Dozier Miller Law Group**
**525 N Tryon St**
**Suite 210**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,735.37** |
|---|---|---|---|

**Duke Energy**
**PO Box 70516**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,810.74** |
|---|---|---|---|

**East Coast Granite of Charlotte LLC**
**13606 East Independence Blvd**
**Matthews, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ecological Mapping Services, LLC**
**PO Box 746**
**Mt Pleasant, SC 29465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,110.00** |
|---|---|---|---|

**EFR Excavating**
**1739 Tom Barber Road**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,677.00** |
|---|---|---|---|

**EGC Concrete Corp**
**11834 Stephenson Ct**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,215.70** |
|---|---|---|---|

**Elgin Feed & Garden Center Inc.**
**2663 Kershaw Camden Hwy**
**Lancaster, SC 29720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**
**ESP Associates, Inc.**
**PO Box 7030**
**Charlotte, NC 28241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Eustorgio Gonzalez**
**1804 Jenna Lane**
**Lancaster, SC 29720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$505.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
**FC Marketplace, LLC**
**747 Front St**
**4th Floor**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Ferguson Enterprises, Inc**
**PO Box 100286**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$29,219.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Foremost Pest and Wildlife Inc**
**1702 Secrest Shortcut Rd**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,355.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Gnyaneshwar Yellanki**
**5275 Sawhorse Drive**
**Hoffman Estates, IL 60192**

Date(s) debt was incurred  6/28/22

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1563 Riverview Cir, Fort Lawn, SC 29714**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Gnyaneshwar Yellanki**
**5275 Sawhorse Drive**
**Hoffman Estates, IL 60192**

Date(s) debt was incurred  6/28/22

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1555 Riverview Cir, Fort Lawn, SC 29714**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Green Effect Tree Service**
**11385 Hartsell Road**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,150.00 |
|---|---|---|---|

**GTA Associates, Inc**
**3445 Box Hill Corp Ct Dr**
**Suite # A**
**Abingdon, MD 21009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96,215.77 |
|---|---|---|---|

**Howard Strickland, Jr.**
**1937 Hickory Drive**
**Lancaster, SC 29720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/14/23_

**Basis for the claim:** _4081 Taxahaw Rd, Lancaster, SC 29720_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Howard Strickland, Jr.**
**1937 Hickory Drive**
**Lancaster, SC 29720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/14/23_

**Basis for the claim:** _2433 Craig Farm Road, Lancaster, SC 29720_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,351.50 |
|---|---|---|---|

**Hubbard Pipe & Supply Inc**
**PO Box 1570**
**Fayetteville, NC 28302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|---|

**Iseley Surveying Company**
**PO Box 219**
**Lancaster, SC 29721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Ivey Exterminating, Inc.**
**228 Atando Ave**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,441.63**

**J&S, Inc.**
**PO Box 1628**
**Lancaster, SC 29721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,500.00**

**John & Mary Straetmans**
**10285 Oxford Mill Circle**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **1625 University Park, Lancaster, SC 29720**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,500.00**

**John & Mary Straetmans**
**10285 Oxford Mill Circle**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **1644 University Park, Lancaster, SC 29720**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lancaster County Treasurer**
**PO Box 729**
**Lancaster, SC 29721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,351.39**

**Lancaster County Water & Sewer District**
**PO Box 1009**
**Lancaster, SC 29721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lightstyles-Renamed Hubbard Supply**
**PO Box 99**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00**

**Liquid Munn-E, LLC**
**4213 Exchange Street**
**Little River, SC 29566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lynches River Electric Cooperative Inc.**
PO Box 308
707 South Arant Street
Pageland, SC 29728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mahalakshim Kodukula**
5257 Galloway Drive
Hoffman Estates, IL 60192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/22

Basis for the claim:  **1563 Riverview Cir, Fort Lawn, SC 29714**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mahalakshim Kodukula**
5257 Galloway Drive
Hoffman Estates, IL 60192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/22

Basis for the claim:  **1555 Riverview Cir, Fort Lawn, SC 29714**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**Marshall Thomas**
1301 East Barden Road
Charlotte, NC 28226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1103 Craig Ave, Lancaster, SC 29720**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**Massey Engineering**
2910 Rosewood Drive
Suite 3
Columbia, SC 29205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$734.74**

**McBride Building Supplies & Hardware**
557 HWY 9 BYPASS E
Lancaster, SC 29720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,297.50**

**McGee Brothers Co Inc**
4608 Carriker Road
Monroe, NC 28110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Milton Hunter**
**PO Box 265**
**Heath Springs, SC 29058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MTB Mechanical**
**1201 Industrial Dr**
**Matthews, NC 28105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Naveen Badey**
**3905 N Firestone Lane**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/22

Last 4 digits of account number _

Basis for the claim:  **1563 Riverview Cir, Fort Lawn, SC 29714**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Naveen Badey**
**3905 N Firestone Lane**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/22

Last 4 digits of account number _

Basis for the claim:  **1555 Riverview Cir, Fort Lawn, SC 29714**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,616.30**

**Newkirk Environmental Inc**
**1887 Clements Ferry Road**
**Mt Pleasant, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ODK Capital, LLC**
**4700 W. Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Performance Point LLC**
**4311 SchoolHouse Commons**
**Suite # 144**
**Harrisburg, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Piedmont Natural Gas**
**PO Box 1246**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,257.49**

**Piedmont Stairworks LLC**
**2246 Old Steele Creek Rd**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,011.05**

**Prince CPA Group LLC**
**9161 Narcoossee Rd**
**Ste 202**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Professional Builders Supply**
**301 Dalton Ave**
**Charlotte, NC 28206**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Rajani Pidaparti**
**868 Shambliss Lane**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/28/22**

**Basis for the claim:  1563 Riverview Cir, Fort Lawn, SC 29714**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Rajani Pidaparti**
**868 Shambliss Lane**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/28/22**

**Basis for the claim:  1555 Riverview Cir, Fort Lawn, SC 29714**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Raveendra Oruganti**
**206 Tallow Tree Court**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/28/22**

**Basis for the claim:  1563 Riverview Cir, Fort Lawn, SC 29714**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.76**

**Nonpriority creditor's name and mailing address**
Raveendra Oruganti
206 Tallow Tree Court
Waxhaw, NC 28173

**Date(s) debt was incurred** 6/28/22

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 1555 Riverview Cir, Fort Lawn, SC 29714

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.77**

**Nonpriority creditor's name and mailing address**
Rite Rug Co
2213 Distribution Center Dr
Charlotte, NC 28269

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$81,899.54**

---

**3.78**

**Nonpriority creditor's name and mailing address**
Robert Crawford
5928 Legacy Circle
Charlotte, NC 28277

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 1025 shady lane

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**
Ryanco Construction, LLC
2764 Pleasant Road, #11026
Fort Mill, SC 29708

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80**

**Nonpriority creditor's name and mailing address**
S&S Site Solutions, LLC
1523 S. Anderson Road
Rock Hill, SC 29730

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$68,400.00**

---

**3.81**

**Nonpriority creditor's name and mailing address**
Sellers, Ayers, Dortch & Lyons, P.A
301 South Mcdowell St
Ste 410
Charlotte, NC 28204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.82**

**Nonpriority creditor's name and mailing address**
Sherphill Painting, LLC
1361 Park View Ct
Rock Hill, SC 29732

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95,998.50**

---

| Debtor | **Arbor Construction, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shiva Kumar Bongu**
**50286 Briar Ridge Lane**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/22

Basis for the claim: **1563 Riverview Cir, Fort Lawn, SC 29714**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shiva Kumar Bongu**
**50286 Briar Ridge Lane**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/22

Basis for the claim: **1555 Riverview Cir, Fort Lawn, SC 29714**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SMI Paving**
**1702 Charlotte Hwy**
**Lancaster, SC 29720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Southern Aire Heating & Air Conditioning**
**PO Box 1127**
**Norwood, NC 28128**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00**

**Southern Engineers, PA**
**3716 Benson Dr**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,350.00**

**Southern Shade Tree, Inc**
**PO Box 309**
**Pineville, NC 28134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,246.55**

**Spencer and Spencer PA**
**226 E Main Street**
**Ste 200**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sri Srujana Vasamsetti**
**1175 Chicory Lane**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/28/22**

Basis for the claim:  **1563 Riverview Cir, Fort Lawn, SC 29714**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sri Srujana Vasamsetti**
**1175 Chicory Lane**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/28/22**

Basis for the claim:  **1555 Riverview Cir, Fort Lawn, SC 29714**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stone Pro Grading, LLC**
**2904 McNeely Farms**
**Waxhaw, NC 28173**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$477.26** |
|---|---|---|---|

**STR Mechanical**
**PO Box 681507**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
|---|---|---|---|

**TayCo Electric Inc.**
**PO Box 1872**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,932.04** |
|---|---|---|---|

**The Arbor Construction Group, LLC**
**1624-E Cross Beam Drive**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.28** |
|---|---|---|---|

**Thomas Nursery Inc**
**100 Hollybrook Drive**
**Great Falls, SC 29055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Thompson Environmental Consulting, Inc.**
**PO Box 541**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,477.50**

**TLG Law**
**2907 Providence Road**
**Suite A303**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**TNMJR LLC**
**422 Sandfield Road**
**Blythewood, SC 29016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,623.53**

**True Craftsman Construction, LLC**
**5222 Old Hickory Road**
**Box #25**
**Vanwyck, SC 29744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Tyndall Engineering & Design PA**
**250 Shipwash Dr**
**Ste 104**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.07**

**Union County Water**
**500 North Main St**
**Monroe, NC 28112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Unique Funding Solutions**
**1915 Hollywood Boulevard, Suite 200A**
**Hollywood, FL 33020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,018.21** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 15062**
**Albany, NY 12212-5062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,300.00** |
|---|---|---|---|

**Washington Excavating and Grading**
**4941 Ironwood Ct**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,331.72** |
|---|---|---|---|

**Waste Agents, LLC**
**PO Box 2370**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,511.78** |
|---|---|---|---|

**Wayne Dalton Sales & Service (Charlotte)**
**PO Box 560309**
**Charlotte, NC 28256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,680.16** |
|---|---|---|---|

**Wells Fargo**
**PO Box 51174**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **5011**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,727.22** |
|---|---|---|---|

**WEX**
**PO Box 4337**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.43** |
|---|---|---|---|

**Will Dunn**
**4821 Edgeland Road**
**Edgemoor, SC 29712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.00 |
|---|---|---|---|

**Woland Technology LLC**
**4002 Cambridge Hill Ln**
**Charlotte, NC 28270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Wooten Surveying & Associates**
**119 Smith Circle**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,402.96 |
|---|---|---|---|

**Yarbrough-Williams & Houle Inc**
**PO Box 1198**
**Pineville, NC 28134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Yolanda's Cleaning Service**
**5016 Margaret Wallce Rd**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.75 |
|---|---|---|---|

**York Electric Cooperative, Inc.**
**PO Box 150**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 19,534.20 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,427,332.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,446,866.25 |

Official Form 206 E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 18 of 18

| Fill in this information to identify the case: |
|---|

Debtor name   **Arbor Construction, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement for Apple Computer Equipment** | |
| State the term remaining | | **CIT Bank, N.A.** |
| List the contract number of any government contract | **ML01904985** | **155 Commerce Way Portsmouth, NH 03801** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease for office located at 1624 Cross Beam Drive, Suite E , Charlotte, NC 28217** | |
| State the term remaining | | **Coffey Creek Business Center LLC Attn: John Rothwell** |
| List the contract number of any government contract | | **125 Trade Court, Suite F PMB-12 Mooresville, NC 28117** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Listing Agent: 2644 Downy Drive, Lancaster, SC 29720** | |
| State the term remaining | | **Melanie Outlaw Melanie Outlaw & Associates** |
| List the contract number of any government contract | | **7761-101 Ballantyne Commons Pa Charlotte, NC 28277** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Listing Agent: 2636 Downy Drive, Lancaster, SC 29720** | |
| State the term remaining | | **Melanie Outlaw Melanie Outlaw & Associates** |
| List the contract number of any government contract | | **7761-101 Ballantyne Commons Pa Charlotte, NC 28277** |

Debtor 1    **Arbor Construction, LLC**
    First Name      Middle Name      Last Name           Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Listing Agent: 1048 Garnette Rd., Lancaster, SC 29720** |
| State the term remaining | **Melanie Outlaw** |
| List the contract number of any government contract | **Melanie Outlaw & Associates 7761-101 Ballantyne Commons Pa Charlotte, NC 28277** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Listing Agent: 4087 Taxahaw, Lancaster, SC 29720** |
| State the term remaining | **Melanie Outlaw** |
| List the contract number of any government contract | **Melanie Outlaw & Associates 7761-101 Ballantyne Commons Pa Charlotte, NC 28277** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Listing Agent: 302 Lester Davis, Waxhaw, NC 28173** |
| State the term remaining | **Scott T. Swierski** |
| List the contract number of any government contract | **Edge 5 Realty, Inc. PO Box 78914 Charlotte, NC 28271** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Listing Agent: 212 Lester Davis, Waxhaw, NC 28173** |
| State the term remaining | **Scott T. Swierski** |
| List the contract number of any government contract | **Edge 5 Realty, Inc. PO Box 78914 Charlotte, NC 28271** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Builders Risk Insurance** |
| State the term remaining | **Selective Insurance Company of America** |
| List the contract number of any government contract  **S 2454729** | **PO Box 371468 Pittsburgh, PA 15250** |

| Debtor 1 | **Arbor Construction, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Umbrella Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **State Auto Insurance Companies** |
| | List the contract number of any government contract | **10164290CU** | **518 East Broad Street**<br>**Columbus, OH 43215** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Business Automobile Policy** | |
|---|---|---|---|
| | State the term remaining | | **State Auto Insurance Companies** |
| | List the contract number of any government contract | **10164289CA** | **518 East Broad Street**<br>**Columbus, OH 43215** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Package Policy (property and commercial general liability)** | |
|---|---|---|---|
| | State the term remaining | | **State Auto Insurance Companies** |
| | List the contract number of any government contract | **10164286CP** | **518 East Broad Street**<br>**Columbus, OH 43215** |

**Fill in this information to identify the case:**

Debtor name      **Arbor Construction, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Bhaskar Madamsetty** | ☐ D _____<br>■ E/F   **3.7**<br>☐ G _____ |
| 2.2 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Bhaskar Madamsetty** | ☐ D _____<br>■ E/F   **3.8**<br>☐ G _____ |
| 2.3 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Gnyaneshwar Yellanki** | ☐ D _____<br>■ E/F   **3.39**<br>☐ G _____ |
| 2.4 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Gnyaneshwar Yellanki** | ☐ D _____<br>■ E/F   **3.40**<br>☐ G _____ |
| 2.5 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Mahalakshim Kodukula** | ☐ D _____<br>■ E/F   **3.56**<br>☐ G _____ |

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Mahalakshim Kodukula** | ☐ D _____<br>■ E/F ___3.57___<br>☐ G _____ |
| 2.7 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Naveen Badey** | ☐ D _____<br>■ E/F ___3.64___<br>☐ G _____ |
| 2.8 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Naveen Badey** | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.9 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Rajani Pidaparti** | ☐ D _____<br>■ E/F ___3.73___<br>☐ G _____ |
| 2.10 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Rajani Pidaparti** | ☐ D _____<br>■ E/F ___3.74___<br>☐ G _____ |
| 2.11 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Raveendra Oruganti** | ☐ D _____<br>■ E/F ___3.75___<br>☐ G _____ |
| 2.12 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Raveendra Oruganti** | ☐ D _____<br>■ E/F ___3.76___<br>☐ G _____ |
| 2.13 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Shiva Kumar Bongu** | ☐ D _____<br>■ E/F ___3.83___<br>☐ G _____ |

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.14 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Shiva Kumar Bongu** | ☐ D _____ ■ E/F **3.84** ☐ G _____ |
|------|------|------|------|------|
| 2.15 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Sri Srujana Vasamsetti** | ☐ D _____ ■ E/F **3.90** ☐ G _____ |
| 2.16 | **Arbor Land Holdings, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Sri Srujana Vasamsetti** | ☐ D _____ ■ E/F **3.91** ☐ G _____ |
| 2.17 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Builders FirstSource Inc** | ☐ D _____ ■ E/F **3.9** ☐ G _____ |
| 2.18 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Cedar Advance** | ■ D **2.25** ☐ E/F _____ ☐ G _____ |
| 2.19 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **CloudFund LLC** | ■ D **2.55** ☐ E/F _____ ☐ G _____ |
| 2.20 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **FC Marketplace, LLC** | ■ D **2.75** ☐ E/F _____ ☐ G _____ |
| 2.21 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **ODK Capital, LLC** | ■ D **2.96** ☐ E/F _____ ☐ G _____ |

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Unique Funding Solutions LLC** | ■ D __2.130__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D __2.131__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D __2.132__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D __2.133__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D __2.134__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D __2.135__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D __2.136__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D __2.137__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |

| **Additional Page to List More Codebtors** |
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.30 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.138__ ☐ E/F _____ ☐ G _____ |
| 2.31 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.139__ ☐ E/F _____ ☐ G _____ |
| 2.32 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.140__ ☐ E/F _____ ☐ G _____ |
| 2.33 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.141__ ☐ E/F _____ ☐ G _____ |
| 2.34 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.142__ ☐ E/F _____ ☐ G _____ |
| 2.35 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.143__ ☐ E/F _____ ☐ G _____ |
| 2.36 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.144__ ☐ E/F _____ ☐ G _____ |
| 2.37 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.145__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.38 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.146** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.39 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.147** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.40 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.148** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.41 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.149** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.42 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.150** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.43 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.151** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.44 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.152** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.45 | **Brian Macuga, Sr.** | **9635 Tresanton Dr Charlotte, NC 28210** | **Upright** | ■ D  **2.153** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Arbor Construction, LLC** | Case number *(if known)* | |

---

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.154__ ☐ E/F _____ ☐ G _____ |
| 2.47 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.155__ ☐ E/F _____ ☐ G _____ |
| 2.48 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.156__ ☐ E/F _____ ☐ G _____ |
| 2.49 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.157__ ☐ E/F _____ ☐ G _____ |
| 2.50 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Upright | ■ D __2.158__ ☐ E/F _____ ☐ G _____ |
| 2.51 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Capital One | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.52 | Brian Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Wells Fargo | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |
| 2.53 | The Arbor Construction Group, LLC | 1624-E Cross Beam Drive Charlotte, NC 28217 | Chase Bank | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |

| Debtor | **Arbor Construction, LLC** | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.54 | **The Arbor Construction Group, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Wells Fargo** | ☐ D _____ <br> ■ E/F __3.108__ <br> ☐ G _____ |
| 2.55 | **The Arbor Construction Group, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **WEX** | ☐ D _____ <br> ■ E/F __3.109__ <br> ☐ G _____ |
| 2.56 | **The Arbor Construction Group, LLC** | **1624-E Cross Beam Drive Charlotte, NC 28217** | **Verizon Wireless** | ☐ D _____ <br> ■ E/F __3.104__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Arbor Construction, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$445,000.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$7,821,517.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$7,288,786.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

| Debtor | Arbor Construction, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **David Josepho** **4131 Chelmsford Road** **Charlotte, NC 28211** | 12/19/2023 | $161,177.32 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Naveen Badey** **3905 N Firestone Lane** **Hoffman Estates, IL 60192** | 12/19/2023 | $122,588.01 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Capital One** **PO Box 71087** **Charlotte, NC 28272-1087** | See attached List No. 3. | $14,500.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Cedar Advance** **5401 Collins Avenue CU-9A** **Miami Beach, FL 33140** | See attached List No. 3. | $32,500.02 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Citibank** **PO Box 790420** **Saint Louis, MO 63179-0420** | See attached List No. 3. | $11,935.70 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Delta Bridge Funding** **400 Rella Blvd. Suite 165-101** **Suffern, NY 10901** | See attached List No. 3. | $21,565.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **FCI** **8180 East Kaiser Boulevard** **Anaheim, CA 92808** | See attached List No. 3. | $33,762.66 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **FTF Lending, LLC** **1300 E. 9th Street, Suite 800** **Cleveland, OH 44114** | See attached List No. 3. | $8,663.61 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   **Arbor Construction, LLC** _____      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.   **Group Management Services, Inc.**<br>**3750 Timberlake Drive**<br>**Richfield, OH 44286** | **See attached List No. 3.** | **$256,898.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10.   **ODK Capital, LLC**<br>**4700 W. Daybreak Pkwy**<br>**Suite 200**<br>**South Jordan, UT 84009** | **See attached List No. 3.** | **$17,054.25** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11.   **Hamilton Stephens Steele + Martin, PLLC**<br>**525 N Tryon Street**<br>**Suite 1400**<br>**Charlotte, NC 28202** | **See attached List No. 3.** | **$24,821.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12.   **Marshall Thomas**<br>**1301 East Barden Road**<br>**Charlotte, NC 28226** | **12/21/2023** | **$35,599.05** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13.   **Satish Chandra**<br>**1651 Shore Place, Unit #4**<br>**Santa Clara, CA 95054** | **12/15/2023** | **$9,213.70** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14.   **Unique Funding Solutions**<br>**1915 Hollywood Boulevard, Suite 200A**<br>**Hollywood, FL 33020** | **See attached List No. 3.** | **$21,562.50** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15.   **84 Lumber Company**<br>**1019 Route 519**<br>**Fort Mill, SC 29708** | **See attached List No. 3.** | **$36,116.51** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16.   **B Organized Insulation, LLC**<br>**6051 Lakeview Road, Suite A**<br>**Charlotte, NC 28269** | **See attached List No. 3.** | **$12,312.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Arbor Construction, LLC**                                   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Builders FirstSource, Inc**<br>PO Box 100932<br>Atlanta, GA 30384 | 12/22/2023 | $8,802.36 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Cabinet Connect of Charlotte**<br>13606 East Independence Boulevard<br>Indian Trail, NC 28079 | See attached<br>List No. 3. | $11,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Campbell Building Solutions, LLC**<br>PO Box 3456<br>Mooresville, NC 28117 | See attached<br>List No. 3. | $20,460.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Charlotte Lanehart Electric Co., Inc**<br>3716 Centre Circle<br>Fort Mill, SC 29715 | See attached<br>List No. 3. | $18,645.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Danco Plumbing Services, LLC**<br>424 W Old Limestone Road<br>York, SC 29745 | See attached<br>List No. 3. | $41,249.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **East Coast Granite of Charlotte, LLC**<br>13606 East Independence Boulevard<br>Indian Trail, NC 28079 | See attached<br>List No. 3. | $7,671.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **MTB Mechanical**<br>1201 Industrial Drive<br>Matthews, NC 28105 | See attached<br>List No. 3. | $11,514.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Palmetto Alternative Septic Systems, LLC**<br>517 Anderson Road, South<br>Rock Hill, SC 29730 | 12/22/2023 | $9,243.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Arbor Construction, LLC**             Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Professional Builders Supply**<br>**301 Dalton Ave.**<br>**Charlotte, NC 28206** | **See attached**<br>**List No. 3.** | **$14,736.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Ryanco Construction, LLC**<br>**2764 Pleasant Road, #11026**<br>**Fort Mill, SC 29708** | **See attached**<br>**List No. 3.** | **$11,467.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | **Rite Rug Co**<br>**4450 Poth Road**<br>**Columbus, OH 43213** | **See attached**<br>**List No. 3.** | **$12,322.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | **S&S Site Solutions, LLC**<br>**1523 South Anderson Road**<br>**Rock Hill, SC 29730** | **See attached**<br>**List No. 3.** | **$20,920.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | **True Craftsman Construction, LLC**<br>**5222 Old Hickory Road, Box #25**<br>**Van Wyck, SC 29744** | **See attached**<br>**List No. 3.** | **$18,473.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Daniel A. Macuga, Sr.** | **See attached**<br>**List No. 4.** | **$27,500.00** | **Business loan, interest and principal** |
| 4.2. | **Brian Macuga, Sr.** | **See attached**<br>**List No. 4.** | **$28,445.23** | **Draw, distributions** |
| 4.3. | **Charles Mark Hendrick** | **10/26/2023** | **$30,082.19** | **Interest payment** |
| 4.4. | **Brian Macuga, Jr.** | **See attached**<br>**List No. 4.** | **$95,894.91** | **Salary** |

Debtor   **Arbor Construction, LLC** _____     Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.  **Brian Macuga, Sr.** | **See attached List No. 4.** | **$204,004.31** | **Salary** |
| 4.6.  **Joseph Macuga** | **See attached List No. 4.** | **$2,595.20** | **Wages (hourly)** |
| 4.7.  **John Macuga** | **See attached List No. 4.** | **$23,834.78** | **Wages (hourly)** |
| 4.8.  **Charles Mark Hendrick** | **See attached List No. 4.** | **$123,932.28** | **Salary** |
| 4.9.  **Mary Macuga** | **See attached List No. 4.** | **$1,864.85** | **Wages (hourly)** |
| 4.10 .  **Tate Macuga** | **See attached List No. 4.** | **$8,106.92** | **Wages (hourly)** |
| 4.11 .  **Tisha Macuga** | **See attached List No. 4.** | **$103,015.87** | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Nancy Costa v. The Arbor Construction Group, LLC; Arbor Construction, LLC; Brian Jeffrey Macuga, Sr., individually, and Brian Jeffrey Macuga, individually 22-CVD-16648** | **Breach of contract, quantum meruit, and unfair and deceptive trade practices in violation of NC Gen. Stat. 75-1.1.** | **Mecklenburg County Courthouse 832 East Fourth St Charlotte, NC 28202** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  **1st Choice Cabinetry, LLC v. Arbor Construction, LLC 23-CV-015171** | **Breach of contract and unjust enrichment / quantum meruit.** | **Wake County Courthouse 316 Fayetteville St. Mall Raleigh, NC 27601** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **Arbor Construction, LLC** _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **GTA Associates, Inc. v. Arbor Construction Group, LLC**<br>**2024-CP-2900174** | **Breach of contract.** | **Lancaster County Courthouse**<br>**104 N. Main Street**<br>**Lancaster, SC 29720** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Courtney Matthesis and Collin Matthesis v. Arbor Construction, LLC, South Carolina Department of Transportation**<br>**2024-CP-2900265** | **Negligence, recklessness, breach of contract, breach of express warranties, breach of implied warranties, negligent and reckless misrepresentation, fraud and fraudulent inducements.** | **Lancaster County Courthouse**<br>**104 N. Main Street**<br>**Lancaster, SC 29720** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Charlotte Catholic High School**<br>**7702 Pineville Matthews Rd**<br>**Charlotte, NC 28226** | **Donations** | **10/24/2022,**<br>**02/21/2023,**<br>**04/21/2023** | **$3,056.00** |
| | Recipients relationship to debtor | | | |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Flood at 2173 Country Club Dr, Lancaster, SC 29720.** | **$14,594 on 08/04/2023 insurance proceeds.** | **06/22/2023** | **$33,425.40** |

| Debtor | Arbor Construction, LLC | Case number *(if known)* | |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hamilton Stephens Steele + Martin, PLLC 525 N Tryon Street Suite 1400 Charlotte, NC 28202** | | **02/08/2024** | **$10,000.00** |
| | Email or website address **lawhssm.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Hamilton Stephens Steele + Martin, PLLC 525 N Tryon Street Suite 1400 Charlotte, NC 28202** | | **02/29/2024** | **$10,000.00** |
| | Email or website address **lawhssm.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Hamilton Stephens Steele + Martin PLLC 525 N Tryon St Suite 1400 Charlotte, NC 28202** | | **03/08/2024** | **$4,821.00** |
| | Email or website address **lawhssm.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Arbor Construction, LLC** _____    Case number *(if known)* _____

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **4119 Rose Lake Dr<br>Ste I<br>Charlotte, NC 28217-2880** | **09/02/2014 through 03/15/2022** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

Debtor  **Arbor Construction, LLC** _____  Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Park National Bank** | **XXXX-4814** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/07/2023** | **$1,000.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **The Arbor Construction Group, LLC**<br>**1624-E Cross Beam Dr**<br>**Charlotte, NC 28217** | **1624-E Cross Beam Dr**<br>**Charlotte, NC 28217** | **See attached List No. 21.** | **$895.00** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

Debtor    Arbor Construction, LLC _____ Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Kevin Winchester** **2001 Chadwell Court** **Waxhaw, NC 28173** | **10/25/2023 -** **02/23/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Prince CPA Group LLC** **9161 Narcoosee Rd** **Ste 202** **Orlando, FL 32827** | **10/28/2022 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Arbor Construction, LLC**                                                        Case number *(if known)* _____

---

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brian J. Macuga, Sr. | 9635 Tresanton Dr Charlotte, NC 28210 | Sole Member - Manager | 100 |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Daniel A. Macuga, Sr. | $27,500.00 | See attached List No. 4. | Business loan, interest and principal |
| | Relationship to debtor | | | |
| 30.2. | Brian Macuga, Sr. | $28,445.23 | See attached List No. 4. | Draw, distributions |
| | Relationship to debtor | | | |
| 30.3. | Charles Mark Hendrick | $30,082.19 | 10/26/2023 | Interest payment |
| | Relationship to debtor | | | |

Debtor  **Arbor Construction, LLC** _____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Brian Macuga, Jr.** | **$95,894.91** | **See attached List No. 4.** | **Salary** |
| | **Relationship to debtor** | | | |
| 30.5. | **Brian Macuga, Sr.** | **$204,004.31** | **See attached List No. 4.** | **Salary** |
| | **Relationship to debtor** | | | |
| 30.6. | **Joseph Macuga** | **$2,595.20** | **See attached List No. 4.** | **Wages (hourly)** |
| | **Relationship to debtor** | | | |
| 30.7. | **John Macuga** | **$23,834.78** | **See attached List No. 4.** | **Wages (hourly)** |
| | **Relationship to debtor** | | | |
| 30.8. | **Charles Mark Hendrick** | **$123,932.28** | **See attached List No. 4.** | **Salary** |
| | **Relationship to debtor** | | | |
| 30.9. | **Mary Macuga** | **$1,864.85** | **See attached List No. 4.** | **Wages (hourly)** |
| | **Relationship to debtor** | | | |
| 30.10. | **Tate Macuga** | **$8,106.92** | **See attached List No. 4.** | **Wages (hourly)** |
| | **Relationship to debtor** | | | |
| 30.11. | **Tisha Macuga** | **$103,015.87** | **See attached List No. 4.** | **Salary** |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

Debtor    **Arbor Construction, LLC**                                              Case number *(if known)* _____

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2024**

**/s/ Brian Macuga, Sr.** _____        **Brian Macuga, Sr.** _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Member - Manager** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

---

**List No. 3**

Payments to creditors of $7,575 or more within the last 90 days
12/13/2023   3/12/2024

| Payment Date | Source | Description | Amount | Notes |
|---|---|---|---|---|
| 12/19/2023 | JE | David Josepho | 161,177.32 | |
| 12/19/2023 | JE | Naveen Badey | 122,588.01 | |
| 12/15/2023 | JE | CAPITAL ONE MOBILE PMT 3SVG0MXPT1D6T4L | 2,000.00 | |
| 12/21/2023 | JE | CAPITAL ONE MOBILE PMT 3SWPLPKKMPQM9YT | 1,500.00 | |
| 12/22/2023 | JE | CAPITAL ONE MOBILE PMT 3SWXHUKSBU7EPYT | 1,500.00 | |
| 12/27/2023 | JE | CAPITAL ONE MOBILE PMT 3SXZKTWUOYX1ZAT | 3,000.00 | |
| 12/12/2023 | JE | capital one pymt JrnlNo:007312 | 2,000.00 | |
| 01/03/2024 | JE | Capital One pymt JrnlNo:007431 | 1,500.00 | |
| 01/23/2024 | JE | Capital One Pymt JrnlNo:007543 | 1,500.00 | |
| 01/29/2024 | JE | capital one pymt JrnlNo:007562 | 1,500.00 | |
| | | | 14,500.00 | |
| 01/02/2024 | JE | Cedar Advance 010224 JrnlNo:007422 | 5,416.67 | |
| 12/18/2023 | JE | Cedar Advance 7184009030 XXXXX7767 | 5,416.67 | |
| 12/26/2023 | JE | Cedar Advance JrnlNo:007363 | 5,416.67 | |
| 01/08/2024 | JE | Cedar Advance pymt JrnlNo:007469 | 5,416.67 | |
| 01/16/2024 | JE | Cedar Advance pymt JrnlNo:007527 | 5,416.67 | |
| 01/22/2024 | JE | cedar advance pymt JrnlNo:007542 | 5,416.67 | |
| 01/29/2024 | JE | Cedar Advance pymt JrnlNo:007565 | 5,416.67 | |
| 02/05/2024 | JE | cedar advance pymt JrnlNo:007592 | 5,416.67 | |
| 01/17/2024 | JE | Cedar Advance 7184009030 XXXXX7609 | (5,416.67) | payment voided |
| 02/07/2024 | JE | reverse Cedar Advance JrnlNo:007604 | (5,416.67) | payment voided |
| | | | 32,500.02 | |
| 01/17/2024 | JE | Citi Autopay JrnlNo:007534 | 2,910.60 | |
| 12/14/2023 | JE | CITI CARD ONLINE PAYMENT 431248171645347 | 5,000.00 | |
| 12/26/2023 | JE | Citi Pymt 12/26 JrnlNo:007363 | 4,025.10 | |
| | | | 11,935.70 | |
| 01/19/2024 | JE | Delta Bridge Funding JrnlNo:007540 | 4,313.00 | |
| 01/04/2024 | JE | Delta Bridge Pymt JrnlNo:007481 | 4,313.00 | |
| 12/29/2023 | JE | Delta Bridge Pymt JrnlNo:007498 | 4,313.00 | |
| 01/11/2024 | JE | Delta Bridge Pymt JrnlNo:007499 | 4,313.00 | |
| 02/01/2024 | JE | Delta Bridge Pymt JrnlNo:007570 | 4,313.00 | |
| 01/25/2024 | JE | Delta Bridgge pymt JrnlNo:007556 | 4,313.00 | |
| 12/29/2023 | JE | Delta Bridge Pymt JrnlNo:007499 | (4,313.00) | payment voided |
| | | | 21,565.00 | |
| 01/02/2024 | JE | FCI 05 RTL1 SEC LOAN PMT. XXXX JrnlNo:007440 | 2,113.13 | |
| 01/02/2024 | JE | FCI 1025 Shady LN JrnlNo:007423 | 1,897.50 | |
| 01/02/2024 | JE | FCI 1103 Craig Ave JrnlNo:007422 | 2,493.33 | |
| 01/02/2024 | JE | FCI 1519 Oakwood JrnlNo:007423 | 1,850.00 | |
| 12/29/2023 | JE | FCI 1523 Oakwood JrnlNo:007498 | 1,515.34 | |
| 01/11/2024 | JE | FCI 1523 Oakwood JrnlNo:007499 | 1,515.34 | |
| 01/02/2024 | JE | FCI 1625 University JrnlNo:007423 | 1,876.60 | |

| Date | Type | Description | Amount | |
|---|---|---|---|---|
| 01/02/2024 | JE | FCI 1664 University P JrnlNo:007423 | 1,893.59 | |
| 01/02/2024 | JE | FCI 2433 Craig Farm Rd JrnlNo:007422 | 2,656.25 | |
| 01/02/2024 | JE | FCI 2644 Downey Dr JrnlNo:007423 | 1,949.79 | |
| 01/02/2024 | JE | FCI 302 Lester D JrnlNo:007422 | 5,237.82 | |
| 01/09/2024 | JE | FCI 302 Lester Davis JrnlNo:007472 | 5,345.77 | |
| 01/02/2024 | JE | FCI 4081 & 4087 Taxahaw Rd JrnlNo:007422 | 4,933.54 | |
| | | | | payment |
| 12/29/2023 | JE | FCI 1523 Oakwood JrnlNo:007499 | (1,515.34) | voided |
| | | | 33,762.66 | |
| | | | | |
| 01/11/2024 | JE | FTF 1555 Riverview Circle JrnlNo:007526 | 3,193.81 | |
| 01/03/2024 | JE | FTF 1563 Riverview JrnlNo:007431 | 3,479.17 | |
| 01/03/2024 | JE | FTF 2636 Downey JrnlNo:007431 | 1,990.63 | |
| | | | 8,663.61 | |
| | | | | |
| 12/14/2023 | JE | GROUP MANAGEMENT INVOICE | 41,029.11 | |
| 12/28/2023 | JE | GROUP MANAGEMENT INVOICE | 36,067.37 | |
| 01/11/2024 | JE | GROUP MANAGEMENT INVOICE | 41,725.20 | |
| 01/25/2024 | JE | GROUP MANAGEMENT INVOICE | 846.61 | |
| 01/25/2024 | JE | GROUP MANAGEMENT INVOICE | 34,350.99 | |
| 02/08/2024 | JE | GROUP MANAGEMENT INVOICE | 37,388.29 | |
| 02/22/2024 | Not in IHMS | GROUP MANAGEMENT INVOICE | 36,449.73 | |
| 03/07/2024 | Not in IHMS | GROUP MANAGEMENT INVOICE | 29,041.35 | |
| | | | 256,898.65 | |
| | | | | |
| 02/08/2024 | JE | HAMILTON STEPHENS STEELE & MAR JrnlNo:007613 | 10,000.00 | |
| 02/29/2024 | Not in IHMS | HAMILTON STEPHENS STEELE & MAR | 10,000.00 | |
| 03/07/2024 | Not in IHMS | HAMILTON STEPHENS STEELE & MAR | 4,821.00 | |
| | | | 24,821.00 | |
| | | | | |
| 01/29/2024 | JE | On Deck fee JrnlNo:007565 | 10.00 | |
| 01/02/2024 | JE | ondeck 010224 JrnlNo:007422 | 3,403.85 | |
| 01/19/2024 | JE | ondeck 011924 JrnlNo:007541 | 25.00 | |
| 12/26/2023 | JE | ONDECK 12/26 JrnlNo:007363 | 3,403.85 | |
| 01/08/2024 | JE | ondeck capital pymt JrnlNo:007469 | 3,403.85 | |
| 12/18/2023 | JE | ONDECK CAPITAL14 00021255 72661766 | 3,403.85 | |
| 02/05/2024 | JE | ONDECK CAPITAL14 00022246 73855654 | 5,105.44 | |
| 01/16/2024 | JE | ondeck pymt JrnlNo:007527 | 3,403.85 | |
| 01/19/2024 | JE | ondeck pymt JrnlNo:007540 | 3,403.85 | |
| | | | | payment |
| 01/17/2024 | JE | ONDECK CAPITAL14 00021818 73355648 | (3,403.85) | voided |
| | | | | payment |
| 02/07/2024 | JE | reverse ondeck JrnlNo:007604 | (5,105.44) | voided |
| | | | 17,054.25 | |
| | | | | |
| 12/21/2023 | JE | Payment to Marshall Thomas Cou JrnlNo:007359 | 35,599.05 | |
| | | | | |
| 12/15/2023 | JE | Satish Chandra partial pymt on JrnlNo:007341 | 9,213.70 | |
| | | | | |
| 02/08/2024 | JE | UFS payment 020724 JrnlNo:007605 | 4,312.50 | |
| 01/10/2024 | JE | UFS payment JrnlNo:007487 | 4,312.50 | |
| 01/17/2024 | JE | UFS payment JrnlNo:007534 | 4,312.50 | |
| 01/31/2024 | JE | UFS payment JrnlNo:007568 | 4,312.50 | |
| 01/24/2024 | JE | UFS pymt JrnlNo:007549 | 4,312.50 | |
| 01/03/2024 | JE | Unique Funding Solutions pymt JrnlNo:007476 | 4,312.50 | |
| | | | | payment |
| 02/08/2024 | JE | reverse UFS payment JrnlNo:007613 | (4,312.50) | voided |
| | | | 21,562.50 | |

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 12/22/2023 | 8549 | 84 Lumber Company LP | 36,116.51 |
| | | | 36,116.51 |
| 12/22/2023 | 8551 | B Organized Insulation LLC | 12,312.00 |
| | | | 12,312.00 |
| 12/22/2023 | 8552 | Builders FirstSource Inc | 8,802.36 |
| 12/22/2023 | 8555 | Cabinet Connect of Charlotte | 11,600.00 |
| | | | 11,600.00 |
| 12/22/2023 | 8556 | Campbell Building Solutions, LLC | 20,460.80 |
| | | | 20,460.80 |
| 12/22/2023 | 8558 | Charlotte Lanehart Electric Co., Inc | 18,645.00 |
| | | | 18,645.00 |
| 12/22/2023 | 8559 | Danco Plumbing Services, LLC | 22,347.68 |
| 01/12/2024 | 8597 | Danco Plumbing Services, LLC | 18,901.99 |
| | | | 41,249.67 |
| 12/22/2023 | 8561 | East Coast Granite of Charlotte LLC | 7,671.24 |
| | | | 7,671.24 |
| 12/22/2023 | 8572 | MTB Mechanical | 11,514.00 |
| | | | 11,514.00 |
| 12/22/2023 | 8573 | Palmetto Alternative Septic Systems LLC | 9,243.11 |
| 12/22/2023 | 8575 | Professional Builders Supply | 14,736.50 |
| | | | 14,736.50 |
| 12/22/2023 | 8576 | Rite Rug Co | 12,322.00 |
| | | | 12,322.00 |
| 12/22/2023 | 8578 | RyanCo Construction, LLC. | 11,467.50 |
| | | | 11,467.50 |
| 02/07/2024 | 800016 | S&S Site Solutions, LLC | 20,920.00 |
| 12/22/2023 | 8581 | True Craftsman Construction, LLC | 18,473.17 |
| | | | 18,473.17 |

**List No. 4**
Insider Payments: 3/13/23 to 3/12/24

| Payee | Date Paid | | Amount | Reason |
|---|---|---|---|---|
| Daniel A. Macuga, Sr. | 1/31/2024 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 12/31/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 11/30/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 10/31/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 9/30/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 8/31/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 7/31/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 6/30/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 5/31/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 4/30/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| Daniel A. Macuga, Sr. | 3/31/2023 | $ | 2,500.00 | Pay down balance on Note for Commercial Building Design (Arbor HQ) |
| | Total = | $ | 27,500.00 | |
| Brian J. Macuga, Sr. | 4/25/2023 | $ | 2,642.13 | Draw / Distribution - Part of Earnings built in to the sale price of homes |
| Brian J. Macuga, Sr. | 8/23/2023 | $ | 5,223.27 | Draw / Distribution - Part of Earnings built in to the sale price of homes |
| Brian J. Macuga, Sr. | 10/16/2023 | $ | 5,000.00 | Draw / Distribution - Part of Earnings built in to the sale price of homes |
| Brian J. Macuga, Sr. | 10/24/2023 | $ | 3,911.81 | Draw / Distribution - Part of Earnings built in to the sale price of homes |
| Brian J. Macuga, Sr. | 11/24/2024 | $ | 2,642.92 | Draw / Distribution - Part of Earnings built in to the sale price of homes |
| Brian J. Macuga, Sr. | 12/14/2023 | $ | 5,000.00 | Draw / Distribution - Part of Earnings built in to the sale price of homes |
| Brian J. Macuga, Sr. | 12/22/2023 | $ | 4,025.10 | Draw / Distribution - Part of Earnings built in to the sale price of homes |
| | Total = | $ | 28,445.23 | |
| Charles Mark Hedrick | 10/26/2023 | $ | 30,082.19 | Interest Payment on Invested Funds |
| | Total = | $ | 30,082.19 | |

Insider Employee Payroll 3/13/2023 to 3/12/2024

| Employee Name | Pay Date | | Gross Pay |
|---|---|---|---|
| Macuga, Brian J (Sr) | 03/24/2023 | $ | 5,799.24 |
| Macuga, Brian J (Sr) | 04/07/2023 | $ | 6,760.78 |
| Macuga, Brian J (Sr) | 04/21/2023 | $ | 7,719.31 |
| Macuga, Brian J (Sr) | 05/05/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 05/19/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 06/02/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 06/16/2023 | $ | 7,719.31 |
| Macuga, Brian J (Sr) | 06/30/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 07/14/2023 | $ | 7,707.31 |
| Macuga, Brian J (Sr) | 07/28/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 08/11/2023 | $ | 7,719.31 |
| Macuga, Brian J (Sr) | 08/25/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 09/08/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 09/22/2023 | $ | 7,719.31 |
| Macuga, Brian J (Sr) | 10/06/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 10/20/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 11/03/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 11/17/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 12/01/2023 | $ | 7,716.31 |
| Macuga, Brian J (Sr) | 12/15/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 12/29/2023 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 01/12/2024 | $ | 7,710.31 |
| Macuga, Brian J (Sr) | 01/26/2024 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 02/09/2024 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 02/23/2024 | $ | 7,722.31 |
| Macuga, Brian J (Sr) | 03/08/2024 | $ | 13,876.16 |
| | Totals = | $ | 204,004.31 |
| Macuga, John D | 03/24/2023 | $ | - |
| Macuga, John D | 04/07/2023 | $ | 32.86 |
| Macuga, John D | 04/21/2023 | $ | 181.82 |
| Macuga, John D | 05/05/2023 | $ | - |
| Macuga, John D | 05/19/2023 | $ | - |
| Macuga, John D | 06/02/2023 | $ | - |
| Macuga, John D | 06/16/2023 | $ | 1,478.82 |

| | | | |
|---|---|---|---|
| Macuga, John D | 06/30/2023 | $ | 1,336.62 |
| Macuga, John D | 07/14/2023 | $ | 642.15 |
| Macuga, John D | 07/28/2023 | $ | 1,358.30 |
| Macuga, John D | 08/11/2023 | $ | 1,450.60 |
| Macuga, John D | 08/25/2023 | $ | 1,528.79 |
| Macuga, John D | 09/08/2023 | $ | 1,501.86 |
| Macuga, John D | 09/22/2023 | $ | 1,631.07 |
| Macuga, John D | 10/06/2023 | $ | 1,534.53 |
| Macuga, John D | 10/20/2023 | $ | 1,662.69 |
| Macuga, John D | 11/03/2023 | $ | 1,866.90 |
| Macuga, John D | 11/17/2023 | $ | 1,410.24 |
| Macuga, John D | 12/01/2023 | $ | 1,661.37 |
| Macuga, John D | 12/15/2023 | $ | 2,151.84 |
| Macuga, John D | 12/29/2023 | $ | 1,552.44 |
| Macuga, John D | 01/12/2024 | $ | 776.34 |
| Macuga, John D | 01/26/2024 | $ | - |
| Macuga, John D | 02/09/2024 | $ | 75.54 |
| | Totals | = $ | 23,834.78 |
| | | | |
| Macuga, Mary H | 03/24/2023 | $ | - |
| Macuga, Mary H | 04/07/2023 | $ | 39.39 |
| Macuga, Mary H | 04/21/2023 | $ | - |
| Macuga, Mary H | 05/05/2023 | $ | - |
| Macuga, Mary H | 05/19/2023 | $ | - |
| Macuga, Mary H | 06/02/2023 | $ | - |
| Macuga, Mary H | 06/16/2023 | $ | 374.53 |
| Macuga, Mary H | 06/30/2023 | $ | 766.35 |
| Macuga, Mary H | 07/14/2023 | $ | 55.77 |
| Macuga, Mary H | 07/28/2023 | $ | 323.57 |
| Macuga, Mary H | 08/11/2023 | $ | 271.44 |
| Macuga, Mary H | 08/25/2023 | $ | - |
| Macuga, Mary H | 09/08/2023 | $ | - |
| Macuga, Mary H | 09/22/2023 | $ | - |
| Macuga, Mary H | 10/06/2023 | $ | - |
| Macuga, Mary H | 10/20/2023 | $ | - |
| Macuga, Mary H | 11/03/2023 | $ | - |
| Macuga, Mary H | 11/17/2023 | $ | - |
| Macuga, Mary H | 12/01/2023 | $ | - |
| Macuga, Mary H | 12/15/2023 | $ | - |
| Macuga, Mary H | 12/29/2023 | $ | 33.80 |
| Macuga, Mary H | 01/12/2024 | $ | - |
| Macuga, Mary H | 01/26/2024 | $ | - |
| Macuga, Mary H | 02/09/2024 | $ | - |
| | Totals | = $ | 1,864.85 |
| | | | |
| Macuga, Joseph P | 06/16/2023 | $ | 348.40 |
| Macuga, Joseph P | 06/30/2023 | $ | 716.54 |
| Macuga, Joseph P | 07/14/2023 | $ | - |
| Macuga, Joseph P | 07/28/2023 | $ | 425.52 |
| Macuga, Joseph P | 08/11/2023 | $ | 694.07 |
| Macuga, Joseph P | 08/25/2023 | $ | 410.67 |
| Macuga, Joseph P | 09/08/2023 | $ | - |
| Macuga, Joseph P | 09/22/2023 | $ | - |
| Macuga, Joseph P | 10/06/2023 | $ | - |
| Macuga, Joseph P | 10/20/2023 | $ | - |
| Macuga, Joseph P | 11/03/2023 | $ | - |
| Macuga, Joseph P | 11/17/2023 | $ | - |
| Macuga, Joseph P | 12/01/2023 | $ | - |
| Macuga, Joseph P | 12/15/2023 | $ | - |
| Macuga, Joseph P | 12/29/2023 | $ | - |
| Macuga, Joseph P | 01/12/2024 | $ | - |
| Macuga, Joseph P | 01/26/2024 | $ | - |
| Macuga, Joseph P | 02/09/2024 | $ | - |
| | Totals | = $ | 2,595.20 |
| | | | |
| Macuga, Tate F | 03/10/2023 | $ | - |
| Macuga, Tate F | 03/24/2023 | $ | 636.12 |
| Macuga, Tate F | 04/07/2023 | $ | - |
| Macuga, Tate F | 04/21/2023 | $ | - |
| Macuga, Tate F | 05/05/2023 | $ | - |

| | | | |
|---|---|---|---|
| Macuga, Tate F | 05/19/2023 | $ | 170.43 |
| Macuga, Tate F | 06/02/2023 | $ | 780.90 |
| Macuga, Tate F | 06/16/2023 | $ | 245.86 |
| Macuga, Tate F | 06/30/2023 | $ | 1,076.16 |
| Macuga, Tate F | 07/14/2023 | $ | 19.95 |
| Macuga, Tate F | 07/28/2023 | $ | 1,058.11 |
| Macuga, Tate F | 08/11/2023 | $ | 509.96 |
| Macuga, Tate F | 08/25/2023 | $ | 203.68 |
| Macuga, Tate F | 09/08/2023 | $ | - |
| Macuga, Tate F | 09/22/2023 | $ | - |
| Macuga, Tate F | 10/06/2023 | $ | - |
| Macuga, Tate F | 10/20/2023 | $ | - |
| Macuga, Tate F | 11/03/2023 | $ | - |
| Macuga, Tate F | 11/17/2023 | $ | - |
| Macuga, Tate F | 12/01/2023 | $ | - |
| Macuga, Tate F | 12/15/2023 | $ | - |
| Macuga, Tate F | 12/29/2023 | $ | - |
| Macuga, Tate F | 01/12/2024 | $ | 445.75 |
| Macuga, Tate F | 01/26/2024 | $ | 1,039.25 |
| Macuga, Tate F | 02/09/2024 | $ | 1,034.50 |
| Macuga, Tate F | 02/23/2024 | $ | 886.25 |
| | Totals | = $ | 8,106.92 |
| Macuga, Tisha S | 03/10/2023 | $ | 3,873.16 |
| Macuga, Tisha S | 03/24/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 04/07/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 04/21/2023 | $ | 3,873.16 |
| Macuga, Tisha S | 05/05/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 05/19/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 06/02/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 06/16/2023 | $ | 4,254.78 |
| Macuga, Tisha S | 06/30/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 07/14/2023 | $ | 3,852.16 |
| Macuga, Tisha S | 07/28/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 08/11/2023 | $ | 3,867.16 |
| Macuga, Tisha S | 08/25/2023 | $ | 3,870.16 |
| Macuga, Tisha S | 09/08/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 09/22/2023 | $ | 3,873.16 |
| Macuga, Tisha S | 10/06/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 10/20/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 11/03/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 11/17/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 12/01/2023 | $ | 3,870.16 |
| Macuga, Tisha S | 12/15/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 12/29/2023 | $ | 3,876.16 |
| Macuga, Tisha S | 01/12/2024 | $ | 3,864.17 |
| Macuga, Tisha S | 01/26/2024 | $ | 3,876.16 |
| Macuga, Tisha S | 02/09/2024 | $ | 3,876.16 |
| Macuga, Tisha S | 02/23/2024 | $ | 5,799.24 |
| | Totals | = $ | 103,015.87 |
| Hedrick, Charles M | 03/10/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 03/24/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 04/07/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 04/21/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 05/05/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 05/19/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 06/02/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 06/16/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 06/30/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 07/14/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 07/28/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 08/11/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 08/25/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 09/08/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 09/22/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 10/06/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 10/20/2023 | $ | 4,615.39 |
| Hedrick, Charles M | 11/03/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 11/17/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 12/01/2023 | $ | 4,615.39 |

| | | | |
|---|---|---|---|
| Hedrick, Charles M | 12/15/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 12/29/2023 | $ | 4,615.38 |
| Hedrick, Charles M | 01/12/2024 | $ | 4,615.39 |
| Hedrick, Charles M | 01/26/2024 | $ | 4,615.38 |
| Hedrick, Charles M | 02/09/2024 | $ | 4,615.38 |
| Hedrick, Charles M | 02/23/2024 | $ | 4,615.38 |
| Hedrick, Charles M | 03/08/2024 | $ | 3,932.30 |
| | Totals | = $ | 123,932.28 |
| Macuga, Brian J (Jr) | 03/10/2023 | $ | 3,488.54 |
| Macuga, Brian J (Jr) | 03/24/2023 | $ | 3,488.54 |
| Macuga, Brian J (Jr) | 04/07/2023 | $ | 3,485.55 |
| Macuga, Brian J (Jr) | 04/21/2023 | $ | 3,488.54 |
| Macuga, Brian J (Jr) | 05/05/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 05/19/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 06/02/2023 | $ | 4,091.54 |
| Macuga, Brian J (Jr) | 06/16/2023 | $ | 3,488.54 |
| Macuga, Brian J (Jr) | 06/30/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 07/14/2023 | $ | 3,476.54 |
| Macuga, Brian J (Jr) | 07/28/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 08/11/2023 | $ | 3,488.54 |
| Macuga, Brian J (Jr) | 08/25/2023 | $ | 3,891.54 |
| Macuga, Brian J (Jr) | 09/08/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 09/22/2023 | $ | 3,488.54 |
| Macuga, Brian J (Jr) | 10/06/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 10/20/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 11/03/2023 | $ | 3,488.54 |
| Macuga, Brian J (Jr) | 11/17/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 12/01/2023 | $ | 3,485.55 |
| Macuga, Brian J (Jr) | 12/15/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 12/29/2023 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 01/12/2024 | $ | 3,479.54 |
| Macuga, Brian J (Jr) | 01/26/2024 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 02/09/2024 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 02/23/2024 | $ | 3,491.54 |
| Macuga, Brian J (Jr) | 03/08/2024 | $ | 4,174.85 |
| | Totals | = $ | 95,894.91 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Arbor Construction, LLC**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,250.00** |
| Prior to the filing of this statement I have received | $ | **24,483.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **For services to be performed post-petition: notice and inform certain creditors party to direct negotiations of status and outcome of initial plan to dissolve, wind-down and liquidate under state court procedure; advise on and facilitate transition of current operations of Debtor to the Trustee post-filing and coordinate meetings with individuals with crucial knowledge of internal processes.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/12/2024

*Date*

/s/ Matthew A. Winer

**Matthew A. Winer (56222)**
*Signature of Attorney*
**Hamilton Stephens Steele + Martin, PLLC**
**525 North Tryon Street, Suite 1400**
**Charlotte, NC 28202**
**704-344-1117  Fax: 704-344-1483**
**mwiner@lawhssm.com**
*Name of law firm*

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Arbor Construction, LLC**

Case No.

Debtor(s)     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member - Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 12, 2024**

**/s/ Brian Macuga, Sr.**
**Brian Macuga, Sr./Member - Manager**
Signer/Title

84 Lumber Company
1019 Route 519
Eighty Four, PA 15330-2813


84 Lumber Company
1019 Route 519
Fort Mill, SC 29708


84 Lumber Company LP
PO Box 365
Eighty Four, PA 15330


AC5 Enterprises, LLC
8302 Marcliffe Court
Waxhaw, NC 28173


Ally Bank
c/o Registered Agent
160 Mine Lake Court Suite 200
Raleigh, NC 27615-6417


Ally Bank
200 West Civic Center Dr
Sandy, UT 84070


Alternative Septic Systems
168 HWY 274 #155
Clover, SC 29710


American Express
PO Box 6031
Carol Stream, IL 60197-6031


Andy Lewis HVAC
PO Box 670
Belmont, NC 28012


Arbor Land Holdings, LLC
1624-E Cross Beam Drive
Charlotte, NC 28217


Audio Video Specialties
1801 Cross Beam Drive
Suite E
Charlotte, NC 28217

B Organized Insulation LLC
PO Box 163669
Columbus, OH 43216


Bhaskar Madamsetty
1583 Burning Bush Lane
Hoffman Estates, IL 60192


Brian Macuga, Sr.
9635 Tresanton Dr
Charlotte, NC 28210


Builders FirstSource Inc
PO Box 100932
Atlanta, GA 30384


Builders FirstSource, Inc
PO Box 100932
Atlanta, GA 30384


Builders FirstSource, Inc.
PO Box 100932
Atlanta, GA 30384


Builders Supply Co
PO Box 700
Lancaster, SC 29720


C&Y Framing and Decks
83 Gilmer St
Gastonia, NC 28052


Cabinet Connect of Charlotte
13606 East Independence Blvd
Indian Trail, NC 28079


Campbell Building Solutions, LLC
PO Box 3456
Mooresville, NC 28117


Campbell Building Solutions, LLC
P O Box 3456
Mooresville, NC 28117

Capital One
PO Box 71087
Charlotte, NC 28272-1087


Cardinal Rents, LLC
PO Box 220273
Charlotte, NC 28222


Cedar Advance
5401 Collins Avenue CU-9A
Miami Beach, FL 33140


Charles Mark Hedrick
128 E. Carson Blvd
Charlotte, NC 28203


Charlotte Lanehart Electric Co., Inc
3716 Centre Circle
Fort Mill, SC 29715


Charlotte Lanehart Electric Co., Inc.
3716 Centre Circle
Fort Mill, SC 29715


Chase Bank
PO Box 1423
Charlotte, NC 28201


Chester County Treasurer
PO Box 580
Chester, SC 29706


CIT Bank, N.A.
155 Commerce Way
Portsmouth, NH 03801


Citibank
Home Depot
PO Box 790420
Saint Louis, MO 63179-0420


Citibank
Costco Visa
PO Box 790046
Saint Louis, MO 63179-0046

City Of Charlotte
PO Box 31032
Charlotte, NC 28231


Clawson Family Revocable Trust
9278 Whistling Straits Drive
Indian Land, SC 29707


CloudFund LLC
19505 Biscayne Blvd Suite 2350
Aventura, FL 33180


Coffey Creek Business Center LLC
Attn: John Rothwell
125 Trade Court, Suite F PMB-12
Mooresville, NC 28117


CPG Coffey Creek LLC
125 Trade Court
Suite F, PMB-12
Mooresville, NC 28117


Crown Property Management
125 Trade Court, Suite F PMB-12
Mooresville, NC 28117


Dan & Penelope Macuga Trust
601 Belle Meade Court
Waxhaw, NC 28173


Danco Plumbing Services, LLC
424 W Old Limestone Road
York, SC 29745


Daniel Macuga, Jr.
8995 Upper Lando Lane
Park City, UT 84098


Devinney Holdings, Inc
19017 Peninsula Club Drive
Cornelius, NC 28031


DeVore, Acton, Stafford, P.A.
438 Queens Rd
Charlotte, NC 28207

Dozier Miller Law Group
525 N Tryon St
Suite 210
Charlotte, NC 28202


Duke Energy
PO Box 70516
Charlotte, NC 28272


East Coast Granite of Charlotte LLC
13606 East Independence Blvd
Matthews, NC 28079


Ecological Mapping Services, LLC
PO Box 746
Mt Pleasant, SC 29465


Edge 5 Realty
PO Box 78914
Charlotte, NC 28271


EFR Excavating
1739 Tom Barber Road
Rock Hill, SC 29730


EGC Concrete Corp
11834 Stephenson Ct
Charlotte, NC 28277


Elgin Feed & Garden Center Inc.
2663 Kershaw Camden Hwy
Lancaster, SC 29720


ESP Associates, Inc.
PO Box 7030
Charlotte, NC 28241


Eustorgio Gonzalez
1804 Jenna Lane
Lancaster, SC 29720


Family First Properties, LLC
PO Box 752783
Memphis, TN 38175

FC Marketplace, LLC
747 Front St
4th Floor
San Francisco, CA 94111


Ferguson Enterprises, Inc
PO Box 100286
Atlanta, GA 30384


Foremost Pest and Wildlife Inc
1702 Secrest Shortcut Rd
Monroe, NC 28110


Gnyaneshwar Yellanki
5275 Sawhorse Drive
Hoffman Estates, IL 60192


Green Effect Tree Service
11385 Hartsell Road
Midland, NC 28107


GTA Associates, Inc
3445 Box Hill Corp Ct Dr
Suite # A
Abingdon, MD 21009


Howard E. Strickland, Jr.
1937 Hickory Drive
Lancaster, SC 29720


Howard Strickland, Jr.
1937 Hickory Drive
Lancaster, SC 29720


Hubbard Pipe & Supply Inc
PO Box 1570
Fayetteville, NC 28302


Iseley Surveying Company
PO Box 219
Lancaster, SC 29721


Ivey Exterminating, Inc.
228 Atando Ave
Charlotte, NC 28206

J&S, Inc.
PO Box 1628
Lancaster, SC 29721


Jeanne Baumgartner
2782 North Hills Drive, NE
Atlanta, GA 30305


John & Mary Straetmans
10285 Oxford Mill Circle
Alpharetta, GA 30022


Jonathan Polking
4208 Asherton Drive
Charlotte, NC 28226


Kathleen Lynch
3825 Riverbend Road
Charlotte, NC 28210


Lancaster County Treasurer
PO Box 729
Lancaster, SC 29721


Lancaster County Water & Sewer District
PO Box 1009
Lancaster, SC 29721


Lightstyles-Renamed Hubbard Supply
PO Box 99
Cornelius, NC 28031


Liquid Munn-E, LLC
4213 Exchange Street
Little River, SC 29566


Lynches River Electric Cooperative Inc.
PO Box 308
707 South Arant Street
Pageland, SC 29728


Mahalakshim Kodukula
5257 Galloway Drive
Hoffman Estates, IL 60192

Marshall Thomas
1301 East Barden Road
Charlotte, NC 28226

Massey Engineering
2910 Rosewood Drive
Suite 3
Columbia, SC 29205

McBride Building Supplies & Hardware
557 HWY 9 BYPASS E
Lancaster, SC 29720

McGee Brothers Co Inc
4608 Carriker Road
Monroe, NC 28110

Melanie Outlaw
Melanie Outlaw & Associates
7761-101 Ballantyne Commons Pa
Charlotte, NC 28277

Milton Hunter
PO Box 265
Heath Springs, SC 29058

MTB Mechanical
1201 Industrial Dr
Matthews, NC 28105

MTBM LLC
1201 Industrial Drive
Matthews, NC 28105

Naveen Badey
3905 N Firestone Lane
Hoffman Estates, IL 60192

Newkirk Environmental Inc
1887 Clements Ferry Road
Mt Pleasant, SC 29492

ODK Capital, LLC
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009


Performance Point LLC
4311 SchoolHouse Commons
Suite # 144
Harrisburg, NC 28075


Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201


Piedmont Stairworks LLC
2246 Old Steele Creek Rd
Charlotte, NC 28208


Prince CPA Group LLC
9161 Narcoossee Rd
Ste 202
Orlando, FL 32827


Professional Builders Supply
301 Dalton Ave
Charlotte, NC 28206


Professional Builders Supply
301 Dalton Ave.
Charlotte, NC 28206


Rajani Pidaparti
868 Shambliss Lane
Buffalo Grove, IL 60089


Raveendra Oruganti
206 Tallow Tree Court
Waxhaw, NC 28173


Rite Rug Co
2213 Distribution Center Dr
Charlotte, NC 28269

Robert Crawford
5928 Legacy Circle
Charlotte, NC 28277


Ryanco Construction, LLC
2764 Pleasant Road
Fort Mill, SC 29708


Ryanco Construction, LLC
2764 Pleasant Road, #11026
Fort Mill, SC 29708


S&S Site Solutions, LLC
1523 S. Anderson Road
Rock Hill, SC 29730


Savannah Clawson
6925 N Baltusrol Lane
Charlotte, NC 28210


Scott T. Swierski
Edge 5 Realty, Inc.
PO Box 78914
Charlotte, NC 28271


Selective Insurance Company of America
PO Box 371468
Pittsburgh, PA 15250


Sellers, Ayers, Dortch & Lyons, P.A
301 South Mcdowell St
Ste 410
Charlotte, NC 28204


Sherphill Painting, LLC
1361 Park View Ct
Rock Hill, SC 29732


Shiva Kumar Bongu
50286 Briar Ridge Lane
Northville, MI 48168


SMI Enterprises, Inc
1702 Charlotte Highway
Lancaster, SC 29720

SMI Paving
1702 Charlotte Hwy
Lancaster, SC 29720

Southern Aire Heating & Air Conditioning
PO Box 1127
Norwood, NC 28128

Southern Engineers, PA
3716 Benson Dr
Raleigh, NC 27609

Southern Shade Tree, Inc
PO Box 309
Pineville, NC 28134

Spencer and Spencer PA
226 E Main Street
Ste 200
Rock Hill, SC 29730

Sri Srujana Vasamsetti
1175 Chicory Lane
Naperville, IL 60564

State Auto Insurance Companies
518 East Broad Street
Columbus, OH 43215

Stone Pro Grading
2904 McNeely Farms Drive
Waxhaw, NC 28173

Stone Pro Grading, LLC
2904 McNeely Farms
Waxhaw, NC 28173

STR Mechanical
PO Box 681507
Charlotte, NC 28216

TayCo Electric Inc.
PO Box 1872
Indian Trail, NC 28079

The Arbor Construction Group, LLC
1624-E Cross Beam Drive
Charlotte, NC 28217


Thomas Griffin
9951 Hanover Hollow Drive
Charlotte, NC 28210


Thomas Nursery Inc
100 Hollybrook Drive
Great Falls, SC 29055


Thompson Environmental Consulting, Inc.
PO Box 541
Midland, NC 28107


TLG Law
2907 Providence Road
Suite A303
Charlotte, NC 28211


TNMJR LLC
422 Sandfield Road
Blythewood, SC 29016


True Craftsman Construction, LLC
5222 Old Hickory Road
Box #25
Vanwyck, SC 29744


Tyndall Engineering & Design PA
250 Shipwash Dr
Ste 104
Garner, NC 27529


U.S. Small Business Administration
SBA Disaster Loan Service Center
2 North 20th Street
Suite 320
Birmingham, AL 35203


Union County Tax Office
500 N. Main street
Suite 236
PO Box 97
Monroe, NC 28111-0097

Union County Water
500 North Main St
Monroe, NC 28112


Unique Funding Solutions
1915 Hollywood Boulevard, Suite 200A
Hollywood, FL 33020


Unique Funding Solutions LLC
1915 Hollywood Blvd
Suite 200A
Hollywood, FL 33020


Upright
1300 E 9th Street
Suite 800
Cleveland, OH 44114


Verizon Wireless
PO Box 15062
Albany, NY 12212-5062


Washington Excavating and Grading
4941 Ironwood Ct
Rock Hill, SC 29732


Waste Agents, LLC
PO Box 2370
Indian Trail, NC 28079


Wayne Dalton Sales & Service (Charlotte)
PO Box 560309
Charlotte, NC 28256


Wells Fargo
PO Box 51174
Los Angeles, CA 90051


WEX
PO Box 4337
Carol Stream, IL 60197


Will Dunn
4821 Edgeland Road
Edgemoor, SC 29712

Woland Technology LLC
4002 Cambridge Hill Ln
Charlotte, NC 28270


Wooten Surveying & Associates
119 Smith Circle
Matthews, NC 28104


Yarbrough-Williams & Houle Inc
PO Box 1198
Pineville, NC 28134


Yolanda's Cleaning Service
5016 Margaret Wallce Rd
Matthews, NC 28105


York Electric Cooperative, Inc.
PO Box 150
York, SC 29745

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Arbor Construction, LLC**                            Case No.

                                    Debtor(s)                Chapter      **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Arbor Construction, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 12, 2024**
_____
Date

**/s/ Matthew A. Winer**
_____
**Matthew A. Winer (56222)**
Signature of Attorney or Litigant
Counsel for   **Arbor Construction, LLC**
_____
**Hamilton Stephens Steele + Martin, PLLC**
**525 North Tryon Street, Suite 1400**
**Charlotte, NC 28202**
**704-344-1117 Fax:704-344-1483**
**mwiner@lawhssm.com**